Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Coast to Coast Leasing, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    8  5 – 4  2  4  4  6  7  0

**4. Debtor's address**

**Principal place of business**

566 Rock Road Dr - Unit #3
Number          Street

East Dundee, IL 60118-2447
City                State      ZIP Code

Kane
County

**Mailing address, if different from principal place of business**

Number          Street

City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    Limited Liability Company

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

4   8   4   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
             MM / DD / YYYY

District _____ When _____ Case number _____
             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                        MM / DD / YYYY

Case number, if known _____

Debtor   Coast to Coast Leasing, LLC _____   Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☑ 1-49     ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

| Debtor | Coast to Coast Leasing, LLC | Case number *(if known)* _____ |
|--------|------------------------------|--------------------------------------|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/01/2024
MM/ DD/ YYYY

**X** /s/ Hristo Angelov                                    Hristo Angelov
Signature of authorized representative of debtor        Printed name

Title                    Member

**18. Signature of attorney**

**X**          /s/ David P Leibowitz                    Date  03/01/2024
Signature of attorney for debtor                        MM/ DD/ YYYY

David P Leibowitz
Printed name

Law Offices of David P. Leibowitz, LLC
Firm name

3478 N Broadway St Unit 234
Number          Street

Chicago                                    IL          60657-6968
City                                        State        ZIP Code

(312) 662-5750                              dleibowitz@lakelaw.com
Contact phone                              Email address

1612271                                    IL
Bar number                                 State

---

**Fill in this information to identify the case:**

Debtor Name __Coast to Coast Leasing, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

---

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   3.1. _____   _____   ___ ___ ___ ___   _____

   3.2. _____   _____   ___ ___ ___ ___   _____

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____

   4.2 _____   _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   _____

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____   _____

| Debtor | **Coast to Coast Leasing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

7.2 _____ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.            [_____]

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➔ _____
face amount            doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➔ _____
face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    [_____]

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____ _____ _____

14.2 _____ _____ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

15.1. _____ _____ _____ _____

15.2. _____ _____ _____ _____

| Debtor | **Coast to Coast Leasing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____   _____   _____

   16.2 _____   _____   _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.   ☐ _____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.   ☐ _____

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

| Debtor | **Coast to Coast Leasing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.
_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

| Debtor | **Coast to Coast Leasing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2023 Utility / VIN: See Ex A 32 Utility Trucks - Triumph Loan ending 5510 - @\$52,000** | **unknown** | | **$1,716,000.00** |
| | 47.2 **2020 Kenworth / VIN: See Exhbit A 12 2020 Kenworth Tractors @\$20,000** | **unknown** | | **$240,000.00** |
| | 47.3 **2020 Freightliner / VIN: See Exhibit A Attached 12 Vehicles** | **unknown** | | **$418,000.00** |

| Debtor | **Coast to Coast Leasing, LLC** | Case number *(if known)* |
| | Name | |

| | | | |
|---|---|---|---|
| 47.4 | **2020 Freightliner / VIN: See Exhibit A Attahced 14 vehicles** | unknown | $477,000.00 |
| 47.5 | **2020 Freightliner / VIN: See Exhibit A Attached 14** | unknown | $503,000.00 |
| 47.6 | **2020 Freightliner / VIN: See Exhibit A 8 vehciles** | unknown | $264,000.00 |
| 47.7 | **2024 Utility / VIN: See Exhibit A 10** | unknown | $650,000.00 |
| 47.8 | **2020 Freightliner / VIN: See Exhibit A Attached 5 vehciles** | unknown | $157,000.00 |
| 47.9 | **2024 CIMC / VIN: See Exhibit A Attached 7** | unknown | $455,000.00 |
| 47.10 | **2024 Utility / VIN: SEe Exhibit A Attached 4 vehicles** | unknown | $260,000.00 |
| 47.11 | **2024 Utility / VIN: See Exhibit A Attached 3 vehicles** | unknown | $195,000.00 |
| 47.12 | **2023 Utility / VIN: see Exhibit A Attached 2 vehicles** | unknown | $104,000.00 |
| 47.13 | **2024 CIMS / VIN: See Exhibit A Attached 10 vehicles** | unknown | $650,000.00 |
| 47.14 | **2023 Utility / VIN: See Exhibit A Attached 2 vehicles** | unknown | $104,000.00 |
| 47.15 | **2023 Utility / VIN: See Exhibit A Attached 2 vehicles** | unknown | $104,000.00 |
| 47.16 | **2023 Utility / VIN: See Exhibit A Attached 4 vehicles** | unknown | $208,000.00 |
| 47.17 | **Freightliner / VIN: See Exhibit A Attached 4 vehicles various years** | unknown | $82,000.00 |
| 47.18 | **2023 Utility / VIN: See Exhibit A Attached 5 vehcils** | unknown | $260,000.00 |
| 47.19 | **2019 Freightliner / VIN: see Exhibit A 5 vehielce** | unknown | $113,000.00 |
| 47.20 | **2019 Freightliner / VIN: See exhibit A attached 6 vehciels** | unknown | $113,000.00 |
| 47.21 | **VIN: See Exhibit A attached - one may be totalled 9 Volvo 1 Great Dane 1 Utility** | unknown | $239,000.00 |
| 47.22 | **2017-2018 Freightliners / VIN: See Exhibit A Attached 12 Vehicles** | unknown | $149,000.00 |
| 47.23 | **VIN: See Exhibit A Attached 15 Vehicles - various makes** | unknown | $323,000.00 |
| 47.24 | **2020 Utility / VIN: See Exhibit A Attached 20 vehicles** | unknown | $300,000.00 |
| 47.25 | **VIN: See Exhibit A Attached 16 vehicles - various makes and models** | unknown | $167,000.00 |
| 47.26 | **2023 Utility / VIN: See Exhibit A Attached 10 veheicles** | unknown | $520,000.00 |
| 47.27 | **2021 Freightliner / VIN: See Exhibit A Attached 11 vehicles** | unknown | $534,000.00 |
| 47.28 | **Utility VS2RA / 5 Utility Reefer Trailers** | unknown | $260,000.00 |
| 47.29 | **Motor vehicle** | unknown | $424,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

Debtor    **Coast to Coast Leasing, LLC**                                    Case number *(if known)* _____
          <sub>Name</sub>

---

49.2  _____    _____    _____    _____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     _____    _____    _____    _____

51.  **Total of Part 8**                                                                    | $9,989,000.00 |

     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☐ No

     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☐ No

     ☑ Yes

| Part 9: | **Real property** |
| --- | --- |

54.  **Does the debtor own or lease any real property?**

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**                                                                    | _____ |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No

     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

| Debtor | **Coast to Coast Leasing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ |
| **64.** **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

_____

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

---

Debtor    **Coast to Coast Leasing, LLC**                              Case number *(if known)* _____
          Name

---

71.  **Notes receivable**

     Description (include name of obligor)

     _____     _____ – _____ = ➡   _____
                                 Total face amount      doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____     Tax year _____     _____

     _____     Tax year _____     _____

     _____     Tax year _____     _____

73.  **Interests in insurance policies or annuities**

     _____                          _____

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     _____                          _____

     **Nature of claim**        _____

     **Amount requested**       _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     _____                          _____

     **Nature of claim**        _____

     **Amount requested**       _____

76.  **Trusts, equitable or future interests in property**

     _____                          _____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     **Quickbooks Software** _____            **unknown**

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.            _____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

---

Debtor   **Coast to Coast Leasing, LLC**                                    Case number *(if known)* _____
         Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$9,989,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................ ➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **unknown** | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..................91a. | **$9,989,000.00** | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | | **$9,989,000.00** |

---

| Fill in this information to identify the case: |
|---|

Debtor name    Coast to Coast Leasing, LLC

United States Bankruptcy Court for the:    Northern    District of    Illinois
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**

Amur Equipment Finance, Inc

**Describe debtor's property that is subject to a lien**

2024 Utility — $321,049.00 / $195,000.00

**Describe the lien**

_____

**Creditor's mailing address**

PO Box 202136

Florence, SC 29502

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    2  9  3  6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Remarks:** Trailers
we are personal guarantee

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $19,167,713.12

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2**

**Creditor's name**
BMO

**Creditor's mailing address**
PO Box 3040

Cedar Rapids, IA 52406

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   6  0  0  1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:**  Trailers
We are personal guarantee

**Describe debtor's property that is subject to a lien**
12024 CIMS

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$830,000.00          $650,000.00

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3** Creditor's name

Crossroads Equipment Lease & Finance

Describe debtor's property that is subject to a lien

2020 Freightliner — $266,848.61 — $157,000.00

**Creditor's mailing address**

9385 Haven Ave.,

Rancho Cucamonga, CA 91730

Describe the lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   3  9  6  8

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trucks
We are personal guarantee

| | | | |
|---|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page _3_ of _27_ |

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4** **Creditor's name**

Crossroads Equipment Lease & Finance

**Describe debtor's property that is subject to a lien**

2023 Utility                                                     $191,200.27          $104,000.00

**Describe the lien**

**Creditor's mailing address**

9385 Haven Ave.,

Rancho Cucamonga, CA 91730

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**     1  6  2  2

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trailers
we are personal Guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** Creditor's name

Crossroads Equipment Lease & Finance

Creditor's mailing address

9385 Haven Ave.,

Rancho Cucamonga, CA 91730

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    1  6  2  3

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** trailers
We are personal Guarantee

Describe debtor's property that is subject to a lien

2023 Utility

Describe the lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$191,200.27 | $104,000.00

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.6** **Creditor's name**

Crossroads Equipment Lease & Finance

**Creditor's mailing address**

9385 Haven Ave.,

Rancho Cucamonga, CA 91730

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   1  6  2  4

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trailers
　　　　　 We are Personal Guarantee

**Describe debtor's property that is subject to a lien**

2023 Utility                              $363,035.26        $208,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Official Form 206D                   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                   page 6 of 27

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | *Amount of claim*<br>**Do not deduct the value**<br>of collateral. | *Value of collateral*<br>**that supports this**<br>**claim** |

**2.7** **Creditor's name**

Crossroads Equipment Lease & Finance

**Creditor's mailing address**

9385 Haven Ave.,

Rancho Cucamonga, CA 91730

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   2   1   5   2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Freightliner

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$230,504.57      $113,000.00

**Remarks:** Trucks
1FUJHHDR4KLKL3636
1FUJHHDR7KLKE4089
1FUJHHDR2KLKE4470
1FUJHHDR6KLKE4469
1FUJHHDR1KSKE4285
We Are Personal Guarantee

---

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name                         |                        |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8** Creditor's name

Crossroads Equipment Lease & Finance

**Creditor's mailing address**

9385 Haven Ave.,

Rancho Cucamonga, CA 91730

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  2 1 5 3

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Freightliner                $230,504.57      $113,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Trucks
     1FUJHHDRXKLKE3809
     1FUJHHDR9KLKE4465
     1FUJHHDR9KLKE4014
     1FUJHHDR5KLKR3944
     1FUJHHDR3KLKE4557
     We Are personal Guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.9** Creditor's name

DLL

Describe debtor's property that is subject to a lien

2024 Utility                                    $1,030,434.65          $650,000.00

**Creditor's mailing address**

PO Box 41602

Philadelphia, PA 19130

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    7 1 7 7

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Trailers
we are personal guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.10**

**Creditor's name**

First Federal Savings Bank

**Creditor's mailing address**

633 LaSalle St

Ottawa, IL 61350

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 0 8 6 9

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

9 Volvo 1 Great Dane 1 Utility

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$657,111.67 | $239,000.00

**Remarks:** Trucks and 2 Trailers
4V4NC9EH1KN195262
4V4NC9EG8KN196254
4V4NC9EG9KN196263
4V4NC9EG7KN196262
4V4NC9EGXKN207755
4V4NC9EG1KN196273
4V4NC9EG0KN196264
1GRAA0625KW102801
1UYVS2536K6553011
We are personal Guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.11 Creditor's name**
First Federal Savings Bank

Describe debtor's property that is subject to a lien
2017-2018 Freightliners — $276,578.65 — $149,000.00

**Creditor's mailing address**
633 LaSalle St
Ottawa, IL 61350

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** 0 8 8 5

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Trucks
3AKJGLDRXHSHT2222
3AKJGLDR4HDHT2172
3AKJGLDR5HSHT2225
3AKJGLDR6HDHT2190
3AKJGLDRXHSHT2401
3AKJGLDR8HSHT2297
3AKJGLDR1HSHT2299
3AKJGLDR7HDHT2201
3AKJGLDR2HSHT2344
3AKJHHDR8JSKB5669
3AKJHHDR8JSKB5722
3AKJHHDR6JSKB5766
We are Personal Guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.12** Creditor's name

First Federal Savings Bank

**Creditor's mailing address**

633 LaSalle St

Ottawa, IL 61350

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account**    0  8  9  3
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Truck and Trailers and APU
We are personal Guarantee

**Describe debtor's property that is subject to a lien**

16 vehicles - various makes and models     $508,806.80    $167,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name

Jules and Associates, Inc

Describe debtor's property that is subject to a lien

2020 Freightliner                                    $655,000.00        $264,000.00

**Creditor's mailing address**

Suite 1900                          Describe the lien

515 South Figueroa Street

Los Angeles, CA 90071               Is the creditor an insider or related party?

☑ No
Creditor's email address, if known   ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred              ☑ No
                                     ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
Last 4 digits of account   3  7  3  3
number                               As of the petition filing date, the claim is:
                                     Check all that apply.
Do multiple creditors have an interest in
the same property?                   ☐ Contingent
☑ No                                 ☐ Unliquidated
☐ Yes. Have you already specified the   ☐ Disputed
    relative priority?

    ☐ No.  Specify each creditor, including
           this creditor, and its relative
           priority.

    ☐ Yes. The relative priority of creditors
           is specified on lines _____

**Remarks:** Trucks
            we are personal guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.14** Creditor's name

KLC Financial, LLC

**Describe debtor's property that is subject to a lien**

2024 Utility

Amount of claim: $383,065.15     Value of collateral: $260,000.00

**Creditor's mailing address**

P.O. Box 2149

Gig Harbor, WA 98335

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  5 3 6 2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Trailers
We are personal guarantee

| Debtor | Coast to Coast Leasing, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.15** **Creditor's name**

People's United Equipment Finance Corp

**Creditor's mailing address**

Suite 175

4225 Naperville Rd

Lisle, IL 60532

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   6   2   5   2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trailers
We are personal guarantee

**Describe debtor's property that is subject to a lien**

Utility VS2RA

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $369,914.22 | $260,000.00 |

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16** **Creditor's name**

People's United Equipment Finance Corp

**Creditor's mailing address**

Suite 175

4225 Naperville Rd

Lisle, IL 60532

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** 5 6 4 3
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trailers
We Are Personal Guarantee

**Describe debtor's property that is subject to a lien**

2023 Utility

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $674,082.85   Column B: $520,000.00

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| | |
|---|---|
| Debtor | Coast to Coast Leasing, LLC |
| | Name |

Case number (if known) _____

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim* | *Value of collateral* |
| | | **Amount of claim** | **that supports this** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | **claim** |

**2.17 Creditor's name**

PNC Equipment Finance

**Creditor's mailing address**

Suite 250

655 Business Center Dr

Horsham, PA 19044

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** _2_ _2_ _2_ _1_
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trailers
we are personal guarantee

**Describe debtor's property that is subject to a lien**

2024 CIMC — $766,128.30 — $455,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page _17_ of _27_

Debtor    Coast to Coast Leasing, LLC                 Case number *(if known)* _____
<br>       Name

| **Part 1:** | **Additional Page** | *Column A* | *Column B* |
|---|---|---|---|

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.18**   **Creditor's name**

Siemens Financial Services, Inc

**Creditor's mailing address**

Suite 200

200 Wood Avenue South

Iselin, NJ 08830

**Creditor's email address, if known**

_____

**Date debt was incurred**

_____

**Last 4 digits of account number**   3   4   0   5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trailers
<br>         We are Personal Guarantee

**Describe debtor's property that is subject to a lien**

2020 Utility              $1,302,912.88      $300,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 18 of 27

Debtor    Coast to Coast Leasing, LLC
      Name                                                                          Case number (if known)

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the value<br>of collateral. | Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** Creditor's name

SUMITOMO MITSUI FINANCE AND LEASING CO

Creditor's mailing address

Floor 8th

666 THIRD AVE

New York, NY 10017

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    6  1  4  6

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trucks
we are parsonal guarentee

Describe debtor's property that is subject to a lien

2021 Freightliner             $844,218.36       $534,000.00

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.20** Creditor's name

Triumph Commercial Finance

**Describe debtor's property that is subject to a lien**

Motor vehicle

$947,184.17          $424,000.00

**Creditor's mailing address**

suite 1700

12700 Parl Central Drive

Dallas, TX 75251

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   7   3   9   4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trucks

1FUJHHDR4LLLN1445
1FUJHHDR8LLLN1464
1FUJHHDR0LLLN1653
1FUJHHDR1LLLN1726
1FUJHHDR9LLLN1795
1FUJHHDR4LLLN1851
1FUJHHDR7LLLN1925
1FUJHHDR7LLLN1973
1FUJHHDR4LLLN1977
1FUJHHDR2LLLN2111
1FUJHHDR2LLLN2206
1FUJHHDR6LLLN2239
We Are Personal Guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.21** Creditor's name

Triumph Commercial Finance

**Creditor's mailing address**

1700

12700 Parl Central Drive

Dallas, TX 75251

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  6 7 0 0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Truck
some truck titles

---

**Describe debtor's property that is subject to a lien**

2020 Freightliner

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Amount of claim: $1,119,174.13

Value of collateral: $477,000.00

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|--------|------------------------------|------------------------|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.22** Creditor's name

Triumph Commercial Finance

**Creditor's mailing address**

suite 1700

12700 Parl Central Drive

Dallas, TX 75251

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** 5 5 1 0
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trailers
    some truck Titles

**Describe debtor's property that is subject to a lien**

2023 Utility

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $2,877,765.79

Column B: $1,716,000.00

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.23** Creditor's name

Triumph Commercial Finance

**Creditor's mailing address**

1700

12700 Parl Central Drive

Dallas, TX 75251

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  3  5  5  6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** KW Trucks
Some truck Titles

**Describe debtor's property that is subject to a lien**

2020 Kenworth

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $979,903.72 | $240,000.00 |
|---|---|---|---|

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.24** **Creditor's name**

Triumph Commercial Finance

**Creditor's mailing address**

suite 1700

12700 Parl Central Drive

Dallas, TX 75251

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    6   6   4   2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trucks
Some Truck titles

**Describe debtor's property that is subject to a lien**

2020 Freightliner                 $1,119,948.12      $503,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 24 of 27

Debtor   Coast to Coast Leasing, LLC
_____
Name                                                          Case number (if known) _____

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.25** Creditor's name

Triumph Commercial Finance

**Creditor's mailing address**

Suite 1700

12700 Parl Central Drive

Dallas, TX 75251

**Creditor's email address, if known**

_____

**Date debt was incurred**

_____

**Last 4 digits of account   9   2   2   4
number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trucks
We are personal Guarantee

**Describe debtor's property that is subject to a lien**

Freightliner                                    $105,737.85          $82,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 25 of 27

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.26** Creditor's name

Triumph Commercial Finance

Describe debtor's property that is subject to a lien

2020 Freightliner — $945,805.67 — $418,000.00

**Creditor's mailing address**

suite 1700

12700 Parl Central Drive

Dallas, TX 75251

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**  7 4 1 8

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trucks
1FUJHHDR3LLLN2019
1FUJHHDR8LLLN1352
1FUJHHDR5LLLN1468
1FUJHHDR2LLLN1475
1FUJHHDR0LLLN1510
1FUJHHDR9LLLN1635
1FUJHHDR6LLLN1639
1FUJHHDR3LLLN1727
1FUJHHDR5LLLS4691
1FUJHHDRXLLLS4721
1FUJHHDRXLLLN2065
1FUJHHDR8LLKV8251
We are personal Guarantee

| Debtor | Coast to Coast Leasing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.27**

**Creditor's name**

Triumph Commercial Finance

**Creditor's mailing address**

suite 1700

12700 Parl Central Drive

Dallas, TX 75251

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   3  3  6  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Trucks
We are Personal Guarantee

**Describe debtor's property that is subject to a lien**

15 Vehicles - various makes         $979,597.59      $323,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Fill in this information to identify the case:

Debtor name _____ Coast to Coast Leasing, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
|---|---|
| _____ _____ _____ | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ |
| **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **Is the claim subject to offset?** ☐ No ☐ Yes |

**2.2**
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
|---|---|
| _____ _____ _____ | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ |
| **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **Is the claim subject to offset?** ☐ No ☐ Yes |

| Debtor | Coast to Coast Leasing, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><b>Part 2:</b></td><td><b>List All Creditors with NONPRIORITY Unsecured Claims</b></td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                     **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Coast to Coast Leasing, LLC**                                               Case number *(if known)* _____
          _____
          Name

**Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Coast to Coast Leasing, LLC |
| United States Bankruptcy Court for the: | |
| | Northern District of Illinois |
| Case number (if known): | Chapter  11 |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    Does the debtor have any executory contracts or unexpired leases?

     ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

     ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Coast to Coast Leasing, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Coast to Coast Leasing, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

Case 23-08056  Doc 1  Filed 03/01/24  Entered 03/01/24 15:47:27  Desc Redacted
Document    Page 47 of 124

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page  2  of  2

Fill in this information to identify the case:

Debtor name _____ Coast to Coast Leasing, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Illinois _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................ $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................ $9,989,000.00

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.............................................................. $9,989,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $19,167,713.12

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... **+** $0.00

4. **Total liabilities**......................................................................................... $19,167,713.12

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Coast to Coast Leasing, LLC |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2024<br>MM/ DD/ YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $102,863.00 |
| For prior year: | From 01/01/2023<br>MM/ DD/ YYYY | to 12/31/2023<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,411,100.00 |
| For the year before that: | From 01/01/2022<br>MM/ DD/ YYYY | to 12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,355,641.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2024<br>MM/ DD/ YYYY | to Filing date | | |
| For prior year: | From 01/01/2023<br>MM/ DD/ YYYY | to 12/31/2023<br>MM/ DD/ YYYY | | |
| For the year before that: | From 01/01/2022<br>MM/ DD/ YYYY | to 12/31/2022<br>MM/ DD/ YYYY | | |

---

Debtor ___Coast to Coast Leasing, LLC_____ Case number *(if known)* _____
     Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | _____ | _____ | _____<br><br>_____<br><br>_____ |

| Relationship to debtor |
|---|
| _____ |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **2**

Debtor  Coast to Coast Leasing, LLC                                               Case number *(if known)* _____
        Name

**5.1.**  _____        _____        _____        _____
         Creditor's name

         _____
         Street

         _____

         _____
         City                State    ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City   State   ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | Name <br> _____ <br> Street <br> _____ <br><br> _____ <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   Coast to Coast Leasing, LLC
Name
Case number *(if known)*

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

| Case title | Court name and address |
|---|---|

| | Name |

| Case number | Street |

| City        State   ZIP Code | |

| Date of order or assignment | City        State   ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City        State   ZIP Code

Recipient's relationship to debtor

---

## Part 5: Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11.**   Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| Debtor | Coast to Coast Leasing, LLC | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| | Law Offices of David P. Leibowitz, LLC | Attorney's Fee | 1/27/2023 | $30,000.00 |

| | **Address** |
| --- | --- |

3478 N Broadway St Unit 234
Street

Chicago, IL 60657-6968
City                    State      ZIP Code

| | **Email or website address** |
| --- | --- |

dleibowitz@lakelaw.com

| | **Who made the payment, if not debtor?** |
| --- | --- |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- | --- |

| | **Trustee** |
| --- | --- |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   Coast to Coast Leasing, LLC _____   Case number *(if known)* _____

Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

_____

| Address |
|---|

_____

Street

_____

City                State      ZIP Code

| Relationship to debtor |
|---|

_____

---

## Part 7:   Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____     From _____   To _____

Street

_____

City                State      ZIP Code

---

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |

Facility name

_____

Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City                State      ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

Debtor    Coast to Coast Leasing, LLC                                           Case number *(if known)*
          Name

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor  Coast to Coast Leasing, LLC                                    Case number *(if known)* _____
        Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|--------------------------|-----------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:  Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207                        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                        page **8**

Debtor   Coast to Coast Leasing, LLC
_____
Name

Case number *(if known)* _____

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | | |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Coast to Coast Leasing, LLC                                    Case number *(if known)*

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Kostov and Associates, PC | From _____  To _____ |
| Name | |
| 444 N Northwest Hwy Ste 200 | |
| Street | |
| | |
| Park Ridge, IL 60068-3271 | |
| City          State     ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____  To _____ |
| Name | |
| Street | |
| | |
| City          State     ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City          State     ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  Coast to Coast Leasing, LLC

Name

Case number *(if known)* _____

| Name and address | | |
|---|---|---|

**26d.1.**

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

**27.1.**

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hristov Angelov | 566 Rock Road Dr Ste 3 East Dundee, IL 60118-2447 | Member, Membership Interest | 33.33% |
| Peter Trendafilov | 566 Rock Road Dr. Unit 3 Dundee, IL 60118 | Member, Member | 33.33% |
| Peter Penteleymenov | 566 Rock Road Dr Ste 3 East Dundee, IL 60118-2447 | Memher, Membership Interest | 33.33% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor   Coast to Coast Leasing, LLC                                                              Case number *(if known)*
             Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                              State        ZIP Code

**Relationship to debtor**

---

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 03/01/2024 _____
            MM/  DD/  YYYY

**X** /s/ Hristo Angelov _____          Printed name _____ Hristo Angelov _____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ Member _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name          Coast to Coast Leasing, LLC

United States Bankruptcy Court for the:

         Northern District of Illinois

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Amur Equipment Finance, Inc PO Box 202136 Florence, SC 29502 | | | | $321,049.00 | $195,000.00 | $126,049.00 |
| 2 | BMO PO Box 3040 Cedar Rapids, IA 52406 | | | | $830,000.00 | $650,000.00 | $180,000.00 |
| 3 | Crossroads Equipment Lease & Finance 9385 Haven Ave., Rancho Cucamonga, CA 91730 | | | | $363,035.26 | $208,000.00 | $155,035.26 |
| 4 | DLL PO Box 41602 Philadelphia, PA 19130 | | | | $1,030,434.65 | $650,000.00 | $380,434.65 |
| 5 | First Federal Savings Bank 633 LaSalle St Ottawa, IL 61350 | | | | $657,111.67 | $239,000.00 | $418,111.67 |
| 6 | First Federal Savings Bank 633 LaSalle St Ottawa, IL 61350 | | | | $508,806.80 | $167,000.00 | $341,806.80 |
| 7 | First Federal Savings Bank 633 LaSalle St Ottawa, IL 61350 | | | | $276,578.65 | $149,000.00 | $127,578.65 |
| 8 | Jules and Associates, Inc Suite 1900 515 South Figueroa Street Los Angeles, CA 90071 | | | | $655,000.00 | $264,000.00 | $391,000.00 |

| Debtor | Coast to Coast Leasing, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   KLC Financial, LLC<br>PO.Box 2149<br>Gig Harbor, WA 98335 | | | | $383,065.15 | $260,000.00 | $123,065.15 |
| 10   People's United Equipment Finance Corp<br>Suite 175<br>4225 Naperville Rd<br>Lisle, IL 60532 | | | | $674,082.85 | $520,000.00 | $154,082.85 |
| 11   PNC Equipment Finance<br>Suite 250<br>655 Business Center Dr<br>Horsham, PA 19044 | | | | $766,128.30 | $455,000.00 | $311,128.30 |
| 12   Siemens Financial Services, Inc<br>Suite 200<br>200 Wood Avenue South<br>Iselin, NJ 08830 | | | | $1,302,912.88 | $300,000.00 | $1,002,912.88 |
| 13   SUMITOMO MITSUI FINANCE AND LEASING CO<br>Floor 8th<br>666 THIRD AVE<br>New York, NY 10017 | | | | $844,218.36 | $534,000.00 | $310,218.36 |
| 14   Triumph Commercial Finance<br>suite 1700<br>12700 Parl Central Drive<br>Dallas, TX 75251 | | | | $2,877,765.79 | $1,716,000.00 | $1,161,765.79 |
| 15   Triumph Commercial Finance<br>1700<br>12700 Parl Central Drive<br>Dallas, TX 75251 | | | | $979,903.72 | $240,000.00 | $739,903.72 |
| 16   Triumph Commercial Finance<br>suite 1700<br>12700 Parl Central Drive<br>Dallas, TX 75251 | | | | $979,597.59 | $323,000.00 | $656,597.59 |
| 17   Triumph Commercial Finance<br>1700<br>12700 Parl Central Drive<br>Dallas, TX 75251 | | | | $1,119,174.13 | $477,000.00 | $642,174.13 |
| 18   Triumph Commercial Finance<br>suite 1700<br>12700 Parl Central Drive<br>Dallas, TX 75251 | | | | $1,119,948.12 | $503,000.00 | $616,948.12 |
| 19   Triumph Commercial Finance<br>suite 1700<br>12700 Parl Central Drive<br>Dallas, TX 75251 | | | | $945,805.67 | $418,000.00 | $527,805.67 |
| 20   Triumph Commercial Finance<br>suite 1700<br>12700 Parl Central Drive<br>Dallas, TX 75251 | | | | $947,184.17 | $424,000.00 | $523,184.17 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

**In re**    Coast to Coast Leasing, LLC

Case No. _____

**Debtor**                    Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☑ **FLAT FEE**

   For legal services, I have agreed to accept ......................................................................... $0.00

   Prior to the filing of this statement I have received ............................................................. $30,000.00

   Balance Due .......................................................................................................................... ($30,000.00)

   ☐ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ................................... _____

   The undersigned shall bill against the retainer at an hourly rate of .......................................... _____
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    ___ $1,738.00 ___ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

4.    The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

     b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/01/2024 | /s/ David P Leibowitz |
|---|---|
| *Date* | David P Leibowitz |
| | *Signature of Attorney* |

                        Bar Number: 1612271
             Law Offices of David P. Leibowitz, LLC
                   3478 N Broadway St Unit 234
                       Chicago, IL 60657-6968
                    Phone: (312) 662-5750

| Law Offices of David P. Leibowitz, LLC |
|---|
| *Name of law firm* |



**Law Offices of David P. Leibowitz LLC**
**3478 N. Broadway – Unit 234**
**Chicago, Illinois 60657-6968**
**312-662-5750**
www.lakelaw.com

January 28, 2024

Coast to Coast Leasing, LLC
566 Rock Road Drive
Suite 2
East Dundee ,Il 60118-2447

Attention: Mr. Hristo Angelov
              Manager

                RE:   Chapter 11 Representation

Dear Mr. Angelov:

Thank you for engaging Lakelaw to assist you in representing your interests in your Chapter 11 case. We have consulted with you concerning your company's financial condition as well as your options. We have considered the options available to you, both in and outside of the context of bankruptcy reorganization. After full consultation, you have asked Lakelaw to prepare this engagement letter for your consideration. By engaging Lakelaw to represent you in connection with your individual Chapter 11 case, I will be available to meet with you to assist in planning and preparing for your filing.

### *Terms of Legal Representation*

The general terms of our legal representation are as follows. You have agreed to engage our firm on an hourly basis to assist you in reorganizing your financial affairs through filing a chapter 11 case with the

Bankruptcy Court for the Northern District of Illinois. The filing fee for a chapter 11 case is $1,738.00.

We also will require the payment of a pre-petition retainer in the amount of $30,000 at the time you enter into this engagement agreement. Our hourly billing rates applicable to your case are as follows:

| David P. Leibowitz | $800/hour |
| Linda A. Green | $550/hour |

In addition, our paralegals bill at rates of $150/hour. We reserve the right to adjust the billing rates annually at the first of January. In addition to hourly billing, you will be responsible for the costs and expenses that we incur in connection with your case to the extent the Bankruptcy Court allows them.

Fees will continue to accrue after the filing of your chapter 11 bankruptcy case. We will apply to the Bankruptcy Court for approval of the fees you incur on an interim basis, no less than once every four months. Such fees will have to be paid within 30 days of the date they are allowed.

In the event, for some unforeseen reason, you do not pay fees when due, we shall have the right to withdraw from representing you.

You understand, as is the case with any law firm, we may from time to time represent, in an unrelated matter, a client whose interests may conflict with those of another client. Thus, for example, there may be instances in which we may represent you in a litigation or other matter and, at the same time, we may represent another party adverse to you in connection with an unrelated litigation or other matter. As part of our engagement, you consent to such representations so long as they do not involve a direct conflict in a specific matter in which we represent you.

By executing this agreement, you acknowledge that you are aware that uncertainty exists concerning the outcome of this matter and that the firm has made no guarantees as to the disposition of any phase of this matter. All representations and expressions relative to the outcome of this matter are only expressions of our opinion and do not constitute guarantees. To this end, there are a variety of issues that you may have

to confront in the early stages of your case given the specific facts of your case. More than likely, at least some of your creditors will contest your effort to file chapter 11 and reorganize your financial affairs. This will include seeking adequate protection payments, negotiating cash collateral, seeking relief form the automatic stay, seeking appointment of a chapter 11 trustee or seeking dismissal of your chapter 11 bankruptcy case. We cannot enumerate or list the multiple different ways in which your creditors may attempt to contest your filing. We also cannot guarantee success in any instance.

After you have had an opportunity to review this engagement letter, please do not hesitate to call me with any questions or comments you may have. Below is an overview of the advantages and disadvantages to filing a chapter 11 bankruptcy case. Please review these topics, and the attached U.S. Trustee Operating Instructions carefully. Post-filing, you will be required to follow the U.S. Trustee's Operating Instructions throughout the pendency of your chapter 11 case.

### *Your role as a Debtor in Possession*

In Chapter 11, a trustee is not appointed unless there is serious fraud or misconduct by the Debtor prior to the petition. The Debtor becomes the Debtor in Possession in chapter 11. However, as Debtor in Possession, you must not consider only your own interests. As Debtor in Possession ("DIP"), you will have to act not only in your own best interests, but, rather, first and foremost, in the interests of all the creditors in your case. That means that you must try to maximize the amount available to creditors. The point of Chapter 11 is that creditors are happy to get more in a reorganization than they would get in a liquidation.

In Chapter 11, as in Chapter 7, you must file a petition, Schedules of Assets and Liabilities, and a Statement of Financial Affairs. You must also file a list of all your creditors, so they will have notice of your case and will have an opportunity to participate. While we can file the petition alone, we must file the Schedules and Statement of Financial Affairs within 14 days of the petition unless the court grants us additional time.

Once the petition is filed, a representative of the US Trustee's office will conduct an informal information meeting. It is important to start off on a good foot for this meeting. So, we will prepare in advance. Next, there is the First Meeting of Creditors. A representative of the Office of the United States Trustee (UST) conducts the First Meeting of Creditors. The UST is a branch of the United States Department of Justice. The UST monitors all bankruptcy cases, including Chapter 11 cases. It has the right to appear and to express its point of view in any court proceeding. Some judges are very deferential to the views of the UST, some are not. A creditors' committee may be organized at a First Meeting of Creditors. For this reason, it is wise to connect with your important creditors before you file.

The UST has issued strict regulations for the conduct of a Chapter 11 case. These include, among others:

- Maintenance of all funds in a DIP account separate from any pre-petition bank accounts you may have maintained. When the funds in your DIP account exceed $250,000, you must notify the Office of the UST to arrange for the Bank to collateralize its account with government securities. See Operating Instructions for Chapter 11 attached to this letter.

- Filing monthly reports with the UST setting forth all income and expenses

- Payment of a quarterly fee with the UST in accordance with a schedule based on your income and expenditures in the prior quarter.

- Maintenance of all necessary insurance and tax payments.

The UST has issued standard operating requirements for a DIP in chapter 11 cases to assist you in performing your functions. I have attached these requirements as an Exhibit to this letter. One very important concept is that *you may not pay any pre-petition*

***obligation after commencement of a Chapter 11 case without court approval.***

Please note that in Chapter 11, cash flow after the commencement of the case is now property of the estate. Accordingly, you will have to deposit these earnings in a separate "Debtor in Possession" Account. Furthermore, unless court approval is obtained, you may not pay any prepetition claims against the estate. You may not expend funds out of the ordinary course of business either.

In Chapter 11, creditors are classified in accordance with their priority. Secured creditors have higher priority than unsecured creditors. Under some circumstances, creditors may also be subordinated, in other words, treated as junior creditors. A creditor who has a partly secured claim is treated as both a secured and unsecured creditor.

### Sales out of the Ordinary Course of Business

Under the Bankruptcy Code, it is possible to sell some or all the assets of a debtor out of the ordinary course of business. It would have to be shown that such a sale was necessary immediately owing to the rapid decline in the value of the property to be sold. It would have to be shown that such a sale was not a "de facto" or "sub rosa" plan of reorganization. We have discussed this with you in some detail already.

### The Automatic Stay

Once you file your bankruptcy case, any action to collect any debt must stop at once. While a creditor may seek relief from the automatic stay to continue to collect his debt, the Bankruptcy Court will not allow him to do so if he is "adequately protected." In lay terms, this means that his position is not getting any worse because of the delay. As a practical matter, all litigation would stop. However, you would have to be prepared for motions for relief from the automatic stay by the various secured creditors. They would assert that you have no equity in your real estate and that the real estate is not necessary for reorganization. The creditors could establish this by proving that you did not have a confirmable plan of reorganization in immediate prospect in order to

establish that the real estate was not necessary for a successful reorganization.

### Initial Stages

At the beginning of the case several "first day" matters are addressed. These include:

- Retention of professionals

- Obtaining an order authorizing the use of "cash collateral" meaning your accounts receivable

- Obtaining an order providing for "adequate protection" of secured creditors – meaning payment of a sum of money that leaves them no worse as the case goes along than they were at the beginning of the case

- Obtaining an order allowing you to use your existing bank accounts and processes rather than opening up new "Debtor in Possession" bank accounts.

- There may be other things that are needed immediately. We will address these with you in due course.

### The Investigative Process

Creditors are entitled to ask questions concerning your assets. The way they do this is by discovery and depositions under Bankruptcy Rule 2004. This is the same as a citation to discover assets in the State Court. So, it is important that you be fully conversant with all your properties. Even if you do not know the exact facts and figures, you cannot allow yourself to appear evasive or unable to explain what you have and how you disposed of assets you previously owned.

### The Plan Process

The Court will establish a deadline within which we are to file a plan. As we discussed, it will be in your best interest to consult with your large creditors to gain their cooperation and support before we file. Once the plan is filed, we will solicit acceptances of the plans from the various classes of creditors. In order to confirm a plan, it is necessary to gain the support of a majority in number and 2/3 in amount of impaired classes of creditors. Impaired classes of creditors are classes for which you propose treatment other than what they are entitled to contract or law. You can confirm a plan over the objection of a dissenting class of creditors, but this requires a contested confirmation hearing. This can be complex, and I do not propose addressing that process in this letter.

## *Plan Confirmation*

There are many requirements for confirmation of a plan and confirmation of a plan is not necessarily guaranteed. We will go over all the standards and obligations to confirm a plan with you in person. If your plan is confirmed, creditors will not be allowed to take any action against you other than for the amounts of money reserved to them under the plan. And upon confirmation of the plan, and completion of payments thereunder, you will be discharged from all debts except for your plan obligations. Plan Confirmation is too complex to discuss in this letter. I will be pleased to discuss all aspects of Plan Confirmation with you as we proceed in your case.

## *Bankruptcy Court Jurisdiction*

The Bankruptcy Court has the right, but not the obligation, to handle most matters which "relate to" and "arise from" your Chapter 11 case, as well concerning the actual bankruptcy case itself.

The Bankruptcy Court also has the jurisdiction to hear any complaint that a creditor may file against you to object to the dischargeability of his debt. Just as in Chapter 7, creditors would have to object to dischargeability within 60 days after your first meeting of creditors to render you liable on your judgment to him, even after your Chapter 11 discharge. This time could be extended for cause on motion to the Court.

## *Cooperation*

Naturally, you will provide us with all information needed to assist you in this engagement. Initially, this shall include information for the broker you have identified and a listing of your utilities. We will cooperate with each other and meet as necessary to prepare and conclude your Plan. Ms. Mo, we know that contemplating and planning to file bankruptcy can be a difficult time for you. I will give you my personal attention and treat your affairs with the utmost discretion.

### *Advance Payment Retainer Agreement*

You understand that Lakelaw is unwilling to represent you without receiving an advance payment retainer. You agree that the $30,000.00 retainer that we require you to provide to us prior to filing your individual chapter 11 case will be treated as an "advance payment retainer" and that this retainer will immediately be placed in our general account.

In addition, there is a filing fee for Chapter 11 in the amount of $1,738. You will provide a separate check in that amount and I will deposit that in my clients' funds account until such time as the case is filed.

### *U.S. Trustee Operating Instructions and Reporting Requirements (OIRR)*
### *and Other Requirements*

As referenced above, attached to this engagement letter is a copy of the United States Trustee's Operating Instruction and Reporting Requirements (collectively, "OIRR Guidelines"). These OIRR Guidelines are significant. Please review them carefully and ask any questions that you may have. As a chapter 11 debtor, you will be obligated to comply with these OIRR Guidelines.

You must provide all information requested in these Guidelines. You must file Monthly Operating Reports in the form provided. You must pay quarterly fees based on your company's disbursements. You must abide by all US Trustee Rules and Regulations.

### *Conclusion*

Again, we are pleased that you have selected to engage Lakelaw to represent you in connection with your individual chapter 11 bankruptcy

case. If you have any questions regarding the foregoing, please do not
hesitate to contact me. In closing, please sign a copy of this letter to
signify your agreement with its terms. Lakelaw does not have an
engagement or obligation to you unless and until you: (a) tender the
$30,000.00 retainer, as per the instructions and agreements related
thereto discussed above; (b) delivering a signed final engagement letter
and (c) delivering receipt of the US Trustee OIRR memorandum.


Sincerely,

David P. Leibowitz



**AGREED TO AND ACCEPTED:**

**Coast to Coast Leasing, LLC**

By:_____

    **Hristo Angelov**
    **Manager**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: **Coast to Coast Leasing, LLC**                    CASE NO

                                          CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____03/01/2024_____     Signature _____/s/ Hristo Angelov_____

                                          Hristo Angelov, Member

**Amur Equipment Finance, Inc**

PO Box 202136

Florence, SC 29502

**BMO**

PO Box 3040

Cedar Rapids, IA 52406

**Crossroads Equipment Lease
& Finance**

9385 Haven Ave.,

Rancho Cucamonga, CA 91730

**DLL**

PO Box 41602

Philadelphia, PA 19130

**First Federal Savings Bank**

633 LaSalle St

Ottawa, IL 61350

**Jules and Associates, Inc**

Suite 1900

515 South Figueroa Street

Los Angeles, CA 90071

**KLC Financial, LLC**

PO.Box 2149

Gig Harbor, WA 98335

**People's United Equipment
Finance Corp**

Suite 175

4225 Naperville Rd

Lisle, IL 60532

**PNC Equipment Finance**

Suite 250

655 Business Center Dr

Horsham, PA 19044

**Siemens Financial Services, Inc**

Suite 200

200 Wood Avenue South

Iselin, NJ 08830

**SUMITOMO MITSUI FINANCE AND LEASING CO**

Floor 8th

666 THIRD AVE

New York, NY 10017

**Triumph Commercial Finance**

suite 1700

12700 Parl Central Drive

Dallas, TX 75251

**Triumph Commercial Finance**

1700

12700 Parl Central Drive

Dallas, TX 75251

**Triumph Commercial Finance**

Suite 1700

12700 Parl Central Drive

Dallas, TX 75251

Fill in this information to identify the case:

Debtor name _____ Coast to Coast Leasing, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/01/2024
              MM/ DD/ YYYY

**X** /s/ Hristo Angelov
Signature of individual signing on behalf of debtor

Hristo Angelov
Printed name

Member
Position or relationship to debtor

RESOLUTION BY UNANIMOUS CONSENT OF MEMBERS

COAST TO COAST LEASING, LLC

The undersigned, being all of the members of Coast to Coast Leasing, LLC, an Illinois Limited Liability Company, resolve that the company file a petition for relief under chapter 11 of the United States Bankruptcy Code and that its member, Hristo Angelov be empowered to sign all documents to effect the foregoing.

_____
Hristo Angelov, Member

_____
Peter Trendafilov, Member

_____
Peter Penteleymenov, Member

Dated March 1, 2024
At: East Dundee, Illinois

# COAST TO COAST LEASING, LLC

## Balance Sheet

### As of December 31, 2023

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Fifth Third Bank Business Checking | 392.84 |
| **Total Bank Accounts** | **$392.84** |
| Other Current Assets | |
| Due from Five Star Garage | 659,173.57 |
| Due from Nationwide Cargo | 102,461.05 |
| New equipment deposit | 0.00 |
| **Total Other Current Assets** | **$761,634.62** |
| **Total Current Assets** | **$762,027.46** |
| Fixed Assets | |
| Accumulated depreciation | -4,924,161.28 |
| Tools, machinery, and equipment | 59,520.00 |
| Trailers | |
| Reefer 036825 | 85,557.00 |
| Reefer 036826 | 85,557.00 |
| Reefer 036836 | 85,557.00 |
| Reefer 036838 | 85,557.00 |
| Reefer 036840 | 85,557.00 |
| Reefer 036844 | 85,557.00 |
| Reefer 036846 | 85,557.00 |
| Reefer 041523 | 85,500.00 |
| Reefer 041524 | 85,500.00 |
| Reefer 041525 | 85,500.00 |
| Reefer 041526 | 85,500.00 |
| Reefer 041527 | 85,500.00 |
| Reefer 041528 | 85,500.00 |
| Reefer 041529 | 85,500.00 |
| Reefer 041530 | 85,500.00 |
| Reefer 041531 | 85,500.00 |
| Reefer 041532 | 85,500.00 |
| Reefer 069207 | 109,149.00 |
| Reefer 069208 | 109,149.00 |
| Reefer 069209 | 109,149.00 |
| Reefer 102801 | 78,060.00 |
| Reefer 124601 | 110,136.50 |
| Reefer 124602 | 110,136.50 |
| Reefer 124603 | 110,136.50 |
| Reefer 124604 | 110,136.50 |
| Reefer 124605 | 110,136.50 |
| Reefer 124606 | 110,136.50 |
| Reefer 124607 | 110,136.50 |
| Reefer 124608 | 110,136.50 |

# COAST TO COAST LEASING, LLC

## Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---|
| Reefer 124609 | 110,136.50 |
| Reefer 124610 | 110,136.50 |
| Reefer 456316 | 0.00 |
| Reefer 456317 | 0.00 |
| Reefer 456318 | 0.00 |
| Reefer 456319 | 0.00 |
| Reefer 456320 | 0.00 |
| Reefer 456321 | 0.00 |
| Reefer 456322 | 0.00 |
| Reefer 456323 | 0.00 |
| Reefer 456324 | 0.00 |
| Reefer 456325 | 0.00 |
| Reefer 513201 | 0.00 |
| Reefer 513202 | 0.00 |
| Reefer 513203 | 0.00 |
| Reefer 513204 | 0.00 |
| Reefer 513205 | 0.00 |
| Reefer 513206 | 0.00 |
| Reefer 513207 | 0.00 |
| Reefer 513208 | 0.00 |
| Reefer 513209 | 0.00 |
| Reefer 513210 | 0.00 |
| Reefer 513211 | 0.00 |
| Reefer 513212 | 0.00 |
| Reefer 513213 | 0.00 |
| Reefer 513214 | 0.00 |
| Reefer 513215 | 0.00 |
| Reefer 513216 | 0.00 |
| Reefer 513217 | 0.00 |
| Reefer 513218 | 0.00 |
| Reefer 513219 | 0.00 |
| Reefer 513220 | 0.00 |
| Reefer 513221 | 0.00 |
| Reefer 513222 | 0.00 |
| Reefer 513223 | 0.00 |
| Reefer 513224 | 0.00 |
| Reefer 513225 | 0.00 |
| Reefer 553011 | 78,057.00 |
| Reefer 553017 | 72,820.00 |
| Reefer 558201 | 72,820.00 |
| Reefer 662823 | 93,026.82 |
| Reefer 662828 | 93,026.82 |
| Reefer 662924 | 93,026.82 |
| Reefer 662925 | 93,026.76 |
| Reefer 662926 | 93,026.82 |

# COAST TO COAST LEASING, LLC

Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---|
| Reefer 662927 | 93,026.82 |
| Reefer 662929 | 93,026.82 |
| Reefer 662930 | 93,026.82 |
| Reefer 767474 | 104,657.00 |
| Reefer 767475 | 104,657.00 |
| Reefer 783501 | 98,347.00 |
| Reefer 783502 | 98,347.00 |
| Reefer 783503 | 98,347.00 |
| Reefer 783504 | 98,347.00 |
| Reefer 783505 | 98,347.00 |
| Reefer 783506 | 98,347.00 |
| Reefer 783507 | 98,347.00 |
| Reefer 783508 | 98,347.00 |
| Reefer 783509 | 98,347.00 |
| Reefer 783510 | 98,347.00 |
| Reefer 793903 | 93,026.82 |
| Reefer 793909 | 93,026.82 |
| Reefer 793917 | 93,026.82 |
| Reefer 793919 | 93,026.82 |
| Reefer 793923 | 93,026.82 |
| Reefer 793929 | 93,026.82 |
| Reefer 793934 | 93,026.82 |
| Reefer 793937 | 93,026.82 |
| Reefer 793940 | 93,026.82 |
| Reefer 798811 | 93,026.82 |
| Reefer 798815 | 93,026.82 |
| Reefer 798824 | 93,026.82 |
| Reefer 798834 | 93,026.82 |
| Reefer 799002 | 93,026.82 |
| Reefer 799012 | 93,026.82 |
| Reefer 799013 | 93,026.82 |
| Reefer 799015 | 93,026.82 |
| Reefer 799017 | 93,026.82 |
| Reefer 799018 | 93,026.82 |
| Reefer 799028 | 93,026.82 |
| Reefer 799212 | 93,026.82 |
| Reefer 799215 | 93,026.82 |
| Reefer 799301 | 93,026.82 |
| Reefer 799302 | 93,026.82 |
| Reefer 799311 | 93,026.82 |
| Reefer 816201 | 100,660.00 |
| Reefer 816202 | 100,660.00 |
| Reefer 816203 | 100,660.00 |
| Reefer 816204 | 100,660.00 |
| Reefer 816205 | 100,660.00 |

# COAST TO COAST LEASING, LLC

Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| Reefer 820501 | 0.00 |
| Reefer 820502 | 0.00 |
| Reefer 820503 | 0.00 |
| Reefer 820504 | 0.00 |
| Reefer 820505 | 0.00 |
| Reefer 820506 | 0.00 |
| Reefer 820507 | 0.00 |
| Reefer 820508 | 0.00 |
| Reefer 820509 | 63,707.61 |
| Reefer 820510 | 63,707.61 |
| Reefer 820511 | 63,707.61 |
| Reefer 820512 | 63,707.61 |
| Reefer 820513 | 63,707.61 |
| Reefer 820514 | 63,707.61 |
| Reefer 820515 | 63,707.61 |
| Reefer 820516 | 63,707.61 |
| Reefer 820517 | 63,707.61 |
| Reefer 820518 | 63,707.61 |
| Reefer 820519 | 63,707.61 |
| Reefer 820520 | 63,707.61 |
| Reefer 820521 | 63,707.61 |
| Reefer 820522 | 63,707.61 |
| Reefer 820523 | 63,707.61 |
| Reefer 820524 | 63,707.61 |
| Reefer 820525 | 63,707.61 |
| Reefer 877121 | 103,622.00 |
| Reefer 877122 | 103,622.00 |
| Reefer 877123 | 103,622.00 |
| Reefer 941016 | 109,149.50 |
| Reefer 941017 | 109,149.50 |
| Reefer 941018 | 109,149.50 |
| Reefer 941019 | 103,622.00 |
| Reefer 941020 | 109,149.50 |
| Reefer 976320 | 45,782.99 |
| Reefer 976326 | 45,782.99 |
| Reefer 976327 | 45,782.99 |
| Reefer 976329 | 45,782.97 |
| Van 158889 | 0.00 |
| Van 158890 | 0.00 |
| Van 158891 | 0.00 |
| Van 158892 | 0.00 |
| Van 158897 | 0.00 |
| Van 158898 | 0.00 |
| Van 158899 | 0.00 |
| Van 158900 | 0.00 |

# COAST TO COAST LEASING, LLC

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| Van 158901 | 0.00 |
| Van 158903 | 0.00 |
| Van 896201 | 0.00 |
| Van 896202 | 0.00 |
| Van 896204 | 0.00 |
| Van 896205 | 0.00 |
| Van 896206 | 0.00 |
| Van 896207 | 0.00 |
| Van 896208 | 0.00 |
| Van 896209 | 0.00 |
| Van 896210 | 0.00 |
| Van 896211 | 0.00 |
| Van 896213 | 0.00 |
| Van 896214 | 0.00 |
| **Total Trailers** | **10,067,684.31** |
| Trucks | |
| Freightliner  LR1377 | 120,000.00 |
| Freightliner HT2172 | 44,210.04 |
| Freightliner HT2190 | 44,210.04 |
| Freightliner HT2201 | 44,210.04 |
| Freightliner HT2222 | 44,210.04 |
| Freightliner HT2225 | 44,210.04 |
| Freightliner HT2297 | 44,210.04 |
| Freightliner HT2299 | 44,210.04 |
| Freightliner HT2344 | 44,210.04 |
| Freightliner HT2401 | 44,210.04 |
| Freightliner JC6955 | 78,859.00 |
| Freightliner JC7000 | 78,859.00 |
| Freightliner JC7141 | 78,859.00 |
| Freightliner JP4930 | 100,000.00 |
| Freightliner JR0414 | 100,000.00 |
| Freightliner JY4763 | 100,885.00 |
| Freightliner JZ1775 | 100,000.00 |
| Freightliner JZ1780 | 100,000.00 |
| Freightliner JZ1781 | 100,000.00 |
| Freightliner JZ1787 | 100,000.00 |
| Freightliner JZ1788 | 100,000.00 |
| Freightliner JZ1790 | 100,000.00 |
| Freightliner KA9350 | 101,521.25 |
| Freightliner KB5669 | 54,449.87 |
| Freightliner KB5722 | 54,449.87 |
| Freightliner KB5766 | 54,449.90 |
| Freightliner KB6129 | 110,521.25 |
| Freightliner KB6137 | 107,206.00 |

# COAST TO COAST LEASING, LLC

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| Freightliner KC9388 | 120,000.00 |
| Freightliner KE3809 | 59,399.00 |
| Freightliner KE3944 | 59,399.00 |
| Freightliner KE4014 | 59,399.00 |
| Freightliner KE4089 | 59,399.00 |
| Freightliner KE4285 | 59,399.00 |
| Freightliner KE4457 | 59,399.00 |
| Freightliner KE4465 | 59,399.00 |
| Freightliner KE4469 | 59,399.00 |
| Freightliner KE4470 | 59,399.00 |
| Freightliner KG9584 | 116,521.25 |
| Freightliner KH0148 | 116,521.25 |
| Freightliner KH7883 | 90,695.00 |
| Freightliner KH7884 | 90,695.00 |
| Freightliner KJ2255 | 120,000.00 |
| Freightliner KL3636 | 59,399.00 |
| Freightliner KV8251 | 84,973.75 |
| Freightliner LI2695 | 145,000.00 |
| Freightliner LL1252 | 66,459.00 |
| Freightliner LN1115 | 84,959.00 |
| Freightliner LN1119 | 84,959.00 |
| Freightliner LN1257 | 84,959.00 |
| Freightliner LN1259 | 84,959.00 |
| Freightliner LN1280 | 84,959.00 |
| Freightliner LN1292 | 84,959.00 |
| Freightliner LN1352 | 84,973.75 |
| Freightliner LN1429 | 84,959.00 |
| Freightliner LN1432 | 84,959.00 |
| Freightliner LN1445 | 84,973.75 |
| Freightliner LN1447 | 84,959.00 |
| Freightliner LN1456 | 84,959.00 |
| Freightliner LN1464 | 84,973.75 |
| Freightliner LN1468 | 84,973.75 |
| Freightliner LN1475 | 84,973.75 |
| Freightliner LN1490 | 84,959.00 |
| Freightliner LN1503 | 84,959.00 |
| Freightliner LN1510 | 84,973.75 |
| Freightliner LN1531 | 84,959.00 |
| Freightliner LN1551 | 84,959.00 |
| Freightliner LN1566 | 84,959.00 |
| Freightliner LN1569 | 84,959.00 |
| Freightliner LN1576 | 84,959.00 |
| Freightliner LN1577 | 84,959.00 |
| Freightliner LN1635 | 84,973.75 |
| Freightliner LN1638 | 84,959.00 |

# COAST TO COAST LEASING, LLC

## Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---:|
| Freightliner LN1639 | 84,973.75 |
| Freightliner LN1653 | 84,973.75 |
| Freightliner LN1722 | 84,959.00 |
| Freightliner LN1726 | 84,973.75 |
| Freightliner LN1727 | 84,973.75 |
| Freightliner LN1738 | 84,959.00 |
| Freightliner LN1770 | 84,959.00 |
| Freightliner LN1795 | 84,973.75 |
| Freightliner LN1798 | 84,959.00 |
| Freightliner LN1851 | 84,973.75 |
| Freightliner LN1853 | 84,959.00 |
| Freightliner LN1869 | 84,959.00 |
| Freightliner LN1897 | 84,959.00 |
| Freightliner LN1925 | 84,973.75 |
| Freightliner LN1957 | 84,959.00 |
| Freightliner LN1958 | 84,959.00 |
| Freightliner LN1973 | 84,973.75 |
| Freightliner LN1977 | 84,973.75 |
| Freightliner LN2019 | 84,973.75 |
| Freightliner LN2065 | 84,973.75 |
| Freightliner LN2111 | 84,973.75 |
| Freightliner LN2206 | 84,973.75 |
| Freightliner LN2239 | 84,973.75 |
| Freightliner LN2266 | 84,959.00 |
| Freightliner LS4675 | 84,959.00 |
| Freightliner LS4691 | 84,973.75 |
| Freightliner LS4721 | 84,973.75 |
| Freightliner LT3018 | 145,000.00 |
| Freightliner MG6715 | 66,459.00 |
| Freightliner MG6754 | 66,459.00 |
| Freightliner MG6762 | 66,459.00 |
| Freightliner MG6764 | 66,459.00 |
| Freightliner MH8670 | 96,045.00 |
| Freightliner MH8746 | 96,045.00 |
| Freightliner MH8756 | 96,045.00 |
| Freightliner MH8787 | 96,045.00 |
| Freightliner MH8789 | 96,045.00 |
| Freightliner MH8807 | 96,045.00 |
| Freightliner MH8813 | 96,045.00 |
| Freightliner MH8814 | 96,045.00 |
| Freightliner MH8823 | 96,045.00 |
| Freightliner MH8948 | 96,045.00 |
| Freightliner MH8955 | 96,050.00 |
| KW 299361 | 133,073.75 |
| KW 299362 | 133,073.75 |

# COAST TO COAST LEASING, LLC

### Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| KW 299363 | 133,073.75 |
| KW 299364 | 133,073.75 |
| KW 299366 | 133,073.75 |
| KW 299367 | 133,073.75 |
| KW 299368 | 133,073.75 |
| KW 299369 | 133,073.75 |
| KW 299370 | 133,073.75 |
| KW 299371 | 133,073.75 |
| KW 299373 | 133,073.75 |
| KW 299375 | 133,073.75 |
| Volvo 195262 | 109,438.00 |
| Volvo 196254 | 109,438.00 |
| Volvo 196262 | 109,438.00 |
| Volvo 196263 | 109,438.00 |
| Volvo 196264 | 109,438.00 |
| Volvo 196273 | 109,438.00 |
| Volvo 207755 | 109,438.00 |
| Volvo 207760 | 120,000.00 |
| **Total Trucks** | **12,136,259.00** |
| **Total Fixed Assets** | **$17,339,302.03** |
| **TOTAL ASSETS** | **$18,101,329.49** |
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Other Current Liabilities |  |
| Due to Five Star Garage | 0.00 |
| **Total Other Current Liabilities** | **$0.00** |
| **Total Current Liabilities** | **$0.00** |
| Long-Term Liabilities |  |
| Notes Payable |  |
| Amur #1160035 | 327,447.00 |
| BMO #9372666001 | 839,286.39 |
| Crossroads Equipm. Lease & Finance #101622 | 194,358.55 |
| Crossroads Equipm. Lease & Finance #101623 | 194,358.55 |
| Crossroads Equipm. Lease & Finance #101624 | 369,031.93 |
| Crossroads Equipm. Lease & Finance #102152 | 238,217.91 |
| Crossroads Equipm. Lease & Finance #102153 | 238,217.91 |
| Crossroads Equipm. Lease & Finance #103968 | 275,390.07 |
| DLL Financial Solutions Partner #500-50507177 | 1,042,629.99 |
| First Federal #4100010869 | 671,592.06 |
| First Federal #4100010877 | 0.00 |
| First Federal #4100010885 | 292,163.13 |
| First Federal #4100010893 | 520,406.70 |

# COAST TO COAST LEASING, LLC

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| M&T Equipment Finance Corp #107131 | 174,200.69 |
| Peoples  10 reefers #102781 | 0.00 |
| Peoples  10 reefers #104041 | 0.00 |
| Peoples #106252 | 377,720.00 |
| Peoples 10 reefers #105643 | 689,663.82 |
| PNC Equipment Finance #212221 | 587,954.31 |
| Siemens #20013405 | 1,335,924.43 |
| Sumitomo MFL#47639-26146 | 864,033.18 |
| TBK  trucks #400709224 | 105,737.85 |
| TBK #400713360 | 979,597.59 |
| TBK #400713556 | 979,903.72 |
| TBK #400715510 | 2,877,765.79 |
| TBK #400716642 | 1,119,948.12 |
| TBK #400716700 | 1,119,174.13 |
| TBK #400717394 | 947,184.17 |
| TBK #400717418 | 945,805.67 |
| TBK 15 reefers #400710116 | 0.00 |
| **Total Notes Payable** | **18,307,713.66** |
| **Total Long-Term Liabilities** | **$18,307,713.66** |
| **Total Liabilities** | **$18,307,713.66** |
| Equity |  |
| Members Capital | -2,988,568.34 |
| Net Income | 2,782,184.17 |
| **Total Equity** | **$ -206,384.17** |
| **TOTAL LIABILITIES AND EQUITY** | **$18,101,329.49** |

**2022 Partnership Return**
prepared for:

**COAST TO COAST LEASING, LLC**
566 ROCK ROAD DR., UNIT 3
EAST DUNDEE, IL 60118

**KOSTOV & ASSOCIATES PC**
444 N. NORTHWEST HWY SUITE 200
PARK RIDGE, IL 60068

**KOSTOV & ASSOCIATES PC**
**444 N. NORTHWEST HWY SUITE 200**
**PARK RIDGE, IL 60068**
**8477204630**

September 14, 2023

COAST TO COAST LEASING, LLC
566 ROCK ROAD DR., UNIT 3
EAST DUNDEE, IL 60118

Dear Client:

Your 2022 Federal Partnership Income Tax return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879PE - IRS e-file Signature Authorization. No tax is payable with the filing of this return.

Your 2022 Illinois Partnership Return of Income will be electronically filed with the State of Illinois. No tax is payable with the filing of this return.

You must distribute a copy of the 2022 Schedule K-1 to each member, if applicable. Be sure to give each member a copy of the Partner's Instructions for Schedule K-1.

Please call if you have any questions.

Sincerely,


Chtilian Kostov, CPA

| 2022 | Federal Income Tax Summary | Page 1 |
|---|---|---|

| COAST TO COAST LEASING, LLC | 85-4244670 |
|---|---|

|  | 2022 | 2021 | Diff |
|---|---|---|---|
| **TRADE OR BUSINESS INCOME** | | | |
| Gross receipts less returns................... | 2,355,641 | 351,500 | 2,004,141 |
| Gross profit........................................ | 2,355,641 | 351,500 | 2,004,141 |
| Net gain (loss) from Form 4797.............. | 148,010 | 0 | 148,010 |
| Total income (loss).............................. | 2,503,651 | 351,500 | 2,152,151 |
| **TRADE OR BUSINESS DEDUCTIONS** | | | |
| Interest.............................................. | 508,213 | 76,850 | 431,363 |
| Depreciation....................................... | 2,527,580 | 2,728,874 | -201,294 |
| Other deductions................................. | 1,056 | 1,146 | -90 |
| Total deductions................................. | 3,036,849 | 2,806,870 | 229,979 |
| **SCHEDULE K - INCOME** | | | |
| Ordinary business income (loss)............. | -533,198 | -2,455,370 | 1,922,172 |
| **SCHEDULE K - SELF-EMPLOYMENT** | | | |
| Net earn. (loss) from self-employment.... | -681,208 | -2,455,370 | 1,774,162 |
| **SCHEDULE K - ALTERNATIVE MINIMUM TAX ITEMS** | | | |
| Post-1986 depreciation adjustment.......... | 594,676 | 0 | 594,676 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| Beginning Assets.................................. | 419,076 | 0 | 419,076 |
| Beginning Liabilities and Capital.......... | 419,076 | 0 | 419,076 |
| Ending Assets...................................... | 7,192,132 | 419,076 | 6,773,056 |
| Ending Liabilities and Capital.............. | 7,192,132 | 419,076 | 6,773,056 |

| 2022 | Federal Balance Sheet Summary | Page 1 |
|---|---|---|
| | COAST TO COAST LEASING, LLC | 85-4244670 |

**ENDING ASSETS**

| | | |
|---|---|---|
| Cash........................................................ | | 86,469 |
| Other current assets................................... | | 810,801 |
| Buildings and other assets.......................... | 11,551,316 | |
| Less accumulated depreciation...................... | (5,256,454) | 6,294,862 |
| | | |
| Total Assets.............................................. | | 7,192,132 |

**ENDING LIABILITIES & CAPITAL**

| | |
|---|---|
| Long term notes payable............................. | 10,180,700 |
| Partners' capital accounts........................... | -2,988,568 |
| | |
| Total Liabilities and Capital....................... | 7,192,132 |

| 2022 | Illinois Income Tax Summary | | Page 1 |
|---|---|---|---|
| | COAST TO COAST LEASING, LLC | | 85-4244670 |

| | 2022 | 2021 | Diff |
|---|---|---|---|
| **ORDINARY INCOME ADJUSTMENTS** | | | |
| Ord. inc. (loss) from U.S. Form 1065...... | −533,198 | −2,455,370 | 1,922,172 |
| Total income (loss)............................... | −533,198 | −2,455,370 | 1,922,172 |
| Unmodified base income (loss)................ | −533,198 | −2,455,370 | 1,922,172 |
| Total additions.................................... | 0 | 2,662,450 | −2,662,450 |
| Total subtractions............................... | 851,975 | 532,495 | 319,480 |
| **INCOME & REPLACEMENT TAX** | | | |
| Base income (loss)............................... | −1,385,173 | −325,415 | −1,059,758 |
| Base income/net loss alloc. to Illinois. | −1,385,173 | −325,415 | −1,059,758 |
| Net income.......................................... | −1,385,173 | −325,415 | −1,059,758 |
| Net replacement tax............................. | 0 | 0 | 0 |
| Pass-Thru withholding payments.............. | 0 | 0 | 0 |
| Pass-Thru entity income....................... | 0 | 0 | 0 |
| Pass-Thru entity tax............................ | 0 | 0 | 0 |
| Net taxes and pass-thru W/H.................. | 0 | 0 | 0 |
| Underpayment of estimated tax penalty.... | 0 | 0 | 0 |
| Total taxes and penalty........................ | 0 | 0 | 0 |
| **REFUND OR AMOUNT DUE** | | | |
| Overpayment........................................ | 0 | 0 | 0 |
| Overpmt. credited to next year's taxes... | 0 | 0 | 0 |
| Tax due.............................................. | 0 | 0 | 0 |

| 2022 | General Information | Page 1 |
|------|---------------------|--------|
| | COAST TO COAST LEASING, LLC | 85-4244670 |

**Forms needed for this return**

```
Federal:  1065, Sch B-2, Sch K-1, Sch M-3, 4562, 4797, 7004, 8879-PE, Elections
Illinois: IL-1065, Sch B, IL-4562, Sch K-1-P, EF Jurat/Debit Authorization
```

**Carryovers to 2023**

Illinois Carryovers
NLD Carryover                                                    1,710,588.

Form **7004**
(Rev December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| | | |
|---|---|---|
| **Print or Type** | Name<br>COAST TO COAST LEASING, LLC | Identifying number<br>85-4244670 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.)<br>566 ROCK ROAD DR., UNIT 3 | |
| | City, town, state, and ZIP code (if a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)<br>EAST DUNDEE, IL 60118 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I | Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1 Enter the form code for the return listed below that this application is for......................................... | 0 9

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II | All Filers Must Complete This Part

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here...... ► ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here..... ► ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here................. ► ☐

5a The application is for calendar year 20 _22_, or tax year beginning _ _ _ _ _ _ _, 20 _ _, and ending _ _ _ _ _ _ _, 20 _ _

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions — attach explanation.)

| | | | |
|---|---|---|---|
| 6 Tentative total tax ........................................................... | **6** | | 0. |
| 7 **Total** payments and credits. See instructions ........................................ | **7** | | 0. |
| 8 **Balance due.** Subtract line 7 from line 6. See instructions..................................... | **8** | | 0. |

BAA **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** CPCZ0701L 08/09/18 Form **7004** (Rev. 12-2018)

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2022, or tax year beginning _____, 2022,
ending _____, 20 ____ .
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Principal business activity | | D Employer identification no. |
|---|---|---|
| LEASING | | 85-4244670 |
| B Principal product or service | Type or Print | E Date business started |
| EQUIPMENT LEASE | COAST TO COAST LEASING, LLC<br>566 ROCK ROAD DR., UNIT 3<br>EAST DUNDEE, IL 60118 | 1/01/2021 |
| C Business code number | | F Total assets (see instructions) |
| 532400 | | $ 7,192,132. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: _____ 3

**J** Check if Schedules C and M-3 are attached ......................

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **I N C O M E** | 1a Gross receipts or sales ....................... | 1a | 2,355,641. | |
| | b Returns and allowances ....................... | 1b | | |
| | c Balance. Subtract line 1b from line 1a ............... | | 1c | 2,355,641. |
| | 2 Cost of goods sold (attach Form 1125-A) .................... | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c ..................... | | 3 | 2,355,641. |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) ............... | | 4 | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) ............... | | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ........ | | 6 | 148,010. |
| | 7 Other income (loss) (attach statement) ................ | | 7 | |
| | 8 **Total income (loss).** Combine lines 3 through 7 ................. | | 8 | 2,503,651. |
| **S E E   I N S T R S   F O R   D E D U C T I O N S   L I M I T A T I O N S** | 9 Salaries and wages (other than to partners) (less employment credits) ........ | | 9 | |
| | 10 Guaranteed payments to partners ......................... | | 10 | |
| | 11 Repairs and maintenance ................................. | | 11 | |
| | 12 Bad debts ............................................. | | 12 | |
| | 13 Rent ................................................. | | 13 | |
| | 14 Taxes and licenses ..................................... | | 14 | |
| | 15 Interest (see instructions) ............................... | | 15 | 508,213. |
| | 16a Depreciation (if required, attach Form 4562) ... | 16a | 2,527,580. | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return ... | 16b | | 16c | 2,527,580. |
| | 17 Depletion (**Do not deduct oil and gas depletion.**) ............... | | 17 | |
| | 18 Retirement plans, etc. .................................. | | 18 | |
| | 19 Employee benefit programs .............................. | | 19 | |
| | 20 Other deductions (att stmt) ................ See Statement 1 | | 20 | 1,056. |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 ......... | | 21 | 3,036,849. |
| | 22 **Ordinary business income (loss).** Subtract line 21 from line 8 ................ | | 22 | -533,198. |
| **T A X   A N D   P A Y M E N T** | 23 Interest due under the look-back method — completed long-term contracts (attach Form 8697) ..... | | 23 | |
| | 24 Interest due under the look-back method — income forecast method (attach Form 8866) ....... | | 24 | |
| | 25 BBA AAR imputed underpayment (see instructions) .................. | | 25 | |
| | 26 Other taxes (see instructions) ............................ | | 26 | |
| | 27 **Total balance due.** Add lines 23 through 26 ................... | | 27 | |
| | 28 Payment (see instructions) .............................. | | 28 | |
| | 29 Amount owed. If line 28 is smaller than line 27, enter amount owed ......... | | 29 | |
| | 30 Overpayment. If line 28 is larger than line 27, enter overpayment ......... | | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____     _____
Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below?
See instructions. ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Chtilian Kostov, CPA | Chtilian Kostov, CPA | | | P00682154 |
| | Firm's name ► KOSTOV & ASSOCIATES PC | | | Firm's EIN ► 47-2058201 | |
| | Firm's address ► 444 N. NORTHWEST HWY SUITE 200<br>PARK RIDGE, IL 60068 | | | Phone no. 8477204630 | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**      PTPA0105  07/28/22      Form **1065** (2022)

Form 1065 (2022) COAST TO COAST LEASING, LLC                              85-4244670                    Page **2**

| Schedule B | Other Information | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

| a | ☐ Domestic general partnership | b | ☐ Domestic limited partnership |
|---|---|---|---|
| c | ☒ Domestic limited liability company | d | ☐ Domestic limited liability partnership |
| e | ☐ Foreign partnership | f | ☐ Other: _____ |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . . . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . . . | | X |

BAA                                          PTPA0112  07/28/22                              Form **1065** (2022)

Form 1065 (2022)   COAST TO COAST LEASING, LLC                                    85-4244670                    Page **3**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. . . . | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 16a | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 18 | Enter the number of partners that are foreign governments under section 892. 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . . . . . . . . . . | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," enter the amount from Form 8996, line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | X |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage: _____ By vote: _____ By value: _____ | | X |
| 29 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 30 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3 If "No," complete Designation of Partnership Representative below. | X | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR

| U.S. address of PR | _____ | U.S. phone number of PR | |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | _____ | U.S. phone number of designated individual | |
|---|---|---|---|

BAA                                                                                                              Form **1065** (2022)

PTPA0112  12/13/22

Form 1065 (2022)  COAST TO COAST LEASING, LLC                                         85-4244670                    Page **4**

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | −533,198. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ........................ 3a | | |
| | b | Expenses from other rental activities (attach stmt) ........ 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments: **a** Services 4a **b** Capital 4b | | |
| | c | Total. Add lines 4a and 4b | 4c | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends and dividend equivalents: **a** Ordinary dividends | 6a | |
| | b | Qualified dividends 6b **c** Dividend equivalents 6c | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) ......................... 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) .......... 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions)   Type: | 11 | |
| **Deduc-tions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: **(1)** Type:          **(2)** Amount: | 13c(2) | |
| | d | Other deductions (see instructions)   Type: | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | 14a | −681,208. |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) .. Type: | 15d | |
| | e | Other rental credits (see instructions) ........... Type: | 15e | |
| | f | Other credits (see instructions) .................. Type: | 15f | |
| **International** | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance ......... ☐  See Statement 2 | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | 594,676. |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties — gross income | 17d | |
| | e | Oil, gas, and geothermal properties — deductions | 17e | |
| | f | Other AMT items (attach stmt) | 17f | |
| **Other Infor-mation** | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach stmt)   See Statement 3 | | |
| | 21 | Total foreign taxes paid or accrued | 21 | |

BAA                                      PTPA0134 07/28/22                              Form **1065** (2022)

Form 1065 (2022)  COAST TO COAST LEASING, LLC                    85-4244670                Page **5**

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | **1** | -533,198. |

| 2 | Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|---|
| **a** | General partners.... | | | | | | |
| **b** | Limited partners.... | | -533,198. | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 40,415. | | 86,469. |
| 2a | Trade and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach stmt) .... See St. 4 | | | | 810,801. |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach stmt) | | | | |
| 9a | Buildings and other depreciable assets | 3,107,535. | | 11,551,316. | |
| b | Less accumulated depreciation | 2,728,874. | 378,661. | 5,256,454. | 6,294,862. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach stmt) | | | | |
| 14 | Total assets | | 419,076. | | 7,192,132. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach stmt) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 2,874,446. | | 10,180,700. |
| 20 | Other liabilities (attach stmt) | | | | |
| 21 | Partners' capital accounts | | -2,455,370. | | -2,988,568. |
| 22 | Total liabilities and capital | | 419,076. | | 7,192,132. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -533,198. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest .. $ _____ | |
| 3 | Guaranteed payments (other than health insurance).. | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation ..... $ _____ | |
| a | Depreciation ...... $ _____ | | | | |
| b | Travel and entertainment ..... $ _____ | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -533,198. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -533,198. |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -2,455,370. | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | -533,198. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -2,988,568. | 9 | Balance at end of year. Subtract line 8 from line 5 | -2,988,568. |

Form **4797**

Department of the Treasury
Internal Revenue Service

## Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
**Attach to your tax return.**
Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

**2022**

Attachment
Sequence No. **27**

| Name(s) shown on return | Identifying number |
|---|---|
| COAST TO COAST LEASING, LLC | 85-4244670 |

**1a** Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions. . . . . . . . . . . . . . . . . . . . . . . | **1a** |

 **b** Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . | **1b** |

 **c** Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets . . . . . . . . . . . . . . . . . . . . . . | **1c** |

**Part I** | **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year** (see instructions)

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . . . . . . . | **7** | |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions . . . . . . . . . . . . . . . . | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . . . . . . . . . . | **9** | |

**Part II** | **Ordinary Gains and Losses** (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| See Statement 5 | | | | | | 148,010. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . . . | **12** | |
| **13** | Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . . . . . | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . | **16** | |
| **17** | Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . | **17** | 148,010. |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

 **a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions. . . . . . . . . . . . . . . . . | **18a** |

 **b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4. . . . . . . . . . . . . . . . . | **18b** |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2022)

FDIZ1001L  07/28/22

Case 24-03056   Doc 1   Filed 03/01/24   Entered 03/01/24 15:47:27   Desc Main
Document      Page 101 of 124

| SCHEDULE B-2<br>(Form 1065)<br>December 2018)<br>Department of the Treasury<br>Internal Revenue Service | Election Out of the Centralized<br>Partnership Audit Regime<br>► Attach to Form 1065 or Form 1066.<br>► Go to www.irs.gov/Form1065 for the instructions and the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership | Employer identification number (EIN) |
|---|---|
| COAST TO COAST LEASING, LLC | 85-4244670 |

Certain partnerships with 100 or fewer partners can elect out of the centralized partnership audit regime if each partner is an individual, a C corporation, a foreign entity that would be treated as a C corporation were it domestic, an S corporation, or an estate of a deceased partner. For purposes of determining whether the partnership has 100 or fewer partners, the partnership must include all shareholders of any S corporation that is a partner. By completing Part I, you are making an affirmative statement that all of the partners in the partnership are eligible partners under section 6221(b)(1)(C) and you have provided all of the information on this schedule. See the instructions, including the instructions for the treatment of real estate mortgage investment conduits (REMICs), for more details.

**Part I**   List of Eligible Partners

Use the following codes under Type of Eligible Partner:

I – Individual   C – Corporation   E – Estate of Deceased Partner
F – Eligible Foreign Entity   S – S corporation

| | Name of Partner | Taxpayer Identification Number (TIN) | Type of Eligible Partner (Code) |
|---|---|---|---|
| 1 | HRISTO ANGELOV | -0360 | I |
| 2 | PETAR TRENDAFILOV | -4161 | I |
| 3 | PETAR PANTELEYMONOV | -0565 | I |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

*Continued on Part IV*

**Part II**   List of S Corporation Shareholders (For each S corporation partner, complete a separate Part II and separate Part V, if needed.)

Use the following codes under Type of Person:

I – Individual  E – Estate of Deceased Shareholder  T – Trust  O – Other

| Name of<br>S Corporation Partner ► | TIN of Partner ► | |
|---|---|---|

| | Name of Shareholder | Shareholder TIN | Type of Person (Code) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

*Continued on Part V*

**Part III**   Total Number of Schedules K-1 Required To Be Issued.  See Instructions.

| 1 | Total of Part I and all Parts IV Schedules K-1 required to be issued by the partnership . . . . . . . . . . . . . . . . . . | 1 | 3 |
|---|---|---|---|
| 2 | Total of Part II and all Parts V Schedules K-1 required to be issued by any S corporation partners . . . . . . . . | 2 | |
| 3 | **Total.** Add line 1 and line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 3 |

Note: If line 3 is more than 100, the partnership cannot make the election under section 6221(b).

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    PTPA1401  10/16/18         Schedule B-2 (Form 1065) (12-2018)

651121

| Schedule K-1 | **2022** | | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|

**(Form 1065)**
Department of the Treasury
Internal Revenue Service — For calendar year 2022, or tax year

beginning ___ / ___ / 2022 ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
See separate instructions.

## Part I — Information About the Partnership

**A** Partnership's employer identification number
85-4244670

**B** Partnership's name, address, city, state, and ZIP code

COAST TO COAST LEASING, LLC
566 ROCK ROAD DR., UNIT 3
EAST DUNDEE, IL 60118

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮ 0360

**F** ___ city, state, and ZIP code for partner entered in E. See instructions.

HRISTO ANGELOV
112 RAVINE LN
NORTH BARRINGTON, IL 60010

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ___ Name ___

**I1** What type of entity is this partner?  Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ..... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 33.34 % | 33.34 % |
| Loss | 33.34 % | 33.34 % |
| Capital | 33.34 % | 33.34 % |

Check if decrease is due to sale or exchange of partnership interest ....... ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing ........ $ | | $ |
| Recourse ........ $ | 958,340. | $ 3,394,245. |

Check this box if item K includes liability amounts from lower-tier partnerships. ...... ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account .......... $ | -818,620. |
| Capital contributed during the year ..... $ | |
| Current year net income (loss) ........ $ | -177,768. |
| Other increase (decrease) (attach explanation). . . . $ | |
| Withdrawals and distributions ......... $( | ) |
| Ending capital account ............... $ | -996,388. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................... $ ___
Ending ............................... $ ___

## Part III — Partner's Share of Current Year Income, Credits, and Other Items

| | | | | | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -177,768. | 14 | Self-employment earnings (loss) | |
| | | | A | | -227,114. |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked.............. ☐ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| | | | A | | 198,264. |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information | |
| | | | N* | STMT | |
| 10 | Net section 1231 gain (loss) | | Z* | STMT | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2022

Partner 1

PTPA0312L  07/28/22

COAST TO COAST LEASING, LLC 85-4244670

Supplemental Information

**Box 20, Code N**
**Business Interest Expense**
**Included as a Deduction on the Following Line(s)**

Below is deductible business interest expense for inclusion
in the separate loss class for computing any basis limitation
(defined in section 704(d), Regulation section 1.163(j)-6(h)).

Schedule K-1, line 1............................................................... $     169,439.

**Supplemental Information**

This partner will not receive Schedule K-3 from the partnership unless the
partner requests the schedule.

Pursuant to IRC Section 6221(b)(1), for the current tax year, the partnership has
elected out of the centralized partnership audit regime. Any IRS audit conducted,
and any subsequent assessment, will be made at the partner level, partner by
partner, and under the audit procedures applicable to each partner for the year
under examination.

Partner 1: HRISTO ANGELOV   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

## Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)

| Partnership's name: COAST TO COAST LEASING, LLC | | | Partnership's EIN: 85-4244670 | |
|---|---|---|---|---|
| Partner's name:      HRISTO ANGELOV | | | Partner's identifying number: ▮▮▮-0360 | |

| Partner's share of: | | COAST TO COAST LEASING, LLC □ PTP  □ Aggregated  □ SSTB | □ PTP  □ Aggregated  □ SSTB | □ PTP  □ Aggregated  □ SSTB |
|---|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | | |
| | Ordinary business income (loss) | -177,768. | | |
| | Rental income (loss) . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . | | 3,851,208. | | |
| **Qualified REIT dividends** | | | | |

| Partner's share of: | | □ PTP  □ Aggregated  □ SSTB | □ PTP  □ Aggregated  □ SSTB | □ PTP  □ Aggregated  □ SSTB |
|---|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | | |
| | Ordinary business income (loss) | | | |
| | Rental income (loss) . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . | | | | |

Partner 1
BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.      PTPA1515   12/15/22      Statement A (Form 1065) (2022)

651121

| **Schedule K-1** **(Form 1065)** Department of the Treasury Internal Revenue Service | **2022** For calendar year 2022, or tax year | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

beginning ___/___/ 2022 ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number

85-4244670

**B** Partnership's name, address, city, state, and ZIP code

COAST TO COAST LEASING, LLC
566 ROCK ROAD DR., UNIT 3
EAST DUNDEE, IL 60118

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

█████161

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

PETAR TRENDAFILOV
622 S. MCKINLEY AVE
ARLINGTON HEIGHTS, IL 60005

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner? Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ..... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 33.33 % | 33.33 % |
| Loss | 33.33 % | 33.33 % |
| Capital | 33.33 % | 33.33 % |

Check if decrease is due to sale or exchange of partnership interest ....... ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing ........ $ | | $ |
| Recourse ......... $ | 958,053. | $ 3,393,227. |

Check this box if item K includes liability amounts from lower-tier partnerships. ...... ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account ............ $ | -818,375. |
| Capital contributed during the year ..... $ | |
| Current year net income (loss) ......... $ | -177,715. |
| Other increase (decrease) (attach explanation)... $ | |
| Withdrawals and distributions .......... $( | ) |
| Ending capital account ............... $ | -996,090. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning............................. $ _____
Ending ............................... $ _____

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | | | # | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -177,715. | 14 | Self-employment earnings (loss) A -227,047. |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked.............. ☐ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items A 198,206. |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information N* STMT |
| 10 | Net section 1231 gain (loss) | | | Z* STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2022

Partner 2    PTPA0312L 07/28/22

COAST TO COAST LEASING, LLC 85-4244670

**Supplemental Information**

**Box 20, Code N**
**Business Interest Expense**
**Included as a Deduction on the Following Line(s)**

Below is deductible business interest expense for inclusion
in the separate loss class for computing any basis limitation
(defined in section 704(d), Regulation section 1.163(j)-6(h)).

Schedule K-1, line 1.................................................................. $     169,387.

**Supplemental Information**

This partner will not receive Schedule K-3 from the partnership unless the
partner requests the schedule.

Pursuant to IRC Section 6221(b)(1), for the current tax year, the partnership has
elected out of the centralized partnership audit regime. Any IRS audit conducted,
and any subsequent assessment, will be made at the partner level, partner by
partner, and under the audit procedures applicable to each partner for the year
under examination.

Partner 2: PETAR TRENDAFILOV   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

## Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)

| Partnership's name: COAST TO COAST LEASING, LLC | | | Partnership's EIN: 85-4244670 |
|---|---|---|---|
| Partner's name:   PETAR TRENDAFILOV | | | Partner's identifying number ████ 4161 |

| | | COAST TO COAST LEASING, LLC | | |
|---|---|---|---|---|
| | | ☐ PTP | ☐ PTP | ☐ PTP |
| | | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **Partner's share of:** | | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | | |
| | Ordinary business income (loss) | -177,715. | | |
| | Rental income (loss) . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | 3,850,054. | | |
| **Qualified REIT dividends** | | | | |

| | | | | |
|---|---|---|---|---|
| | | ☐ PTP | ☐ PTP | ☐ PTP |
| | | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **Partner's share of:** | | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | | |
| | Ordinary business income (loss) | | | |
| | Rental income (loss) . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | | | | |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.      PTPA1515  12/15/22      Statement A (Form 1065) (2022)

651121

| Schedule K-1 | **2022** | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax year

beginning ___ / ___ / 2022   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
See separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
85-4244670

**B** Partnership's name, address, city, state, and ZIP code

COAST TO COAST LEASING, LLC
566 ROCK ROAD DR., UNIT 3
EAST DUNDEE, IL 60118

**C** IRS center where partnership filed return:  e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████ 0565

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

PETAR PANTELEYMONOV
2319 VENTURE DR
SCHAUMBURG, IL 60173

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 33.33 % | 33.33 % |
| Loss | 33.33 % | 33.33 % |
| Capital | 33.33 % | 33.33 % |

Check if decrease is due to sale or exchange of partnership interest . . . . . . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 958,053. | $ 3,393,227. |

Check this box if item K includes liability amounts from lower-tier partnerships. . . . . . . ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account . . . . . . . . . . . $ | −818,375. |
| Capital contributed during the year . . . . . $ | |
| Current year net income (loss) . . . . . . . . $ | −177,715. |
| Other increase (decrease) (attach explanation) . . . . $ | |
| Withdrawals and distributions . . . . . . . . . $( | ) |
| Ending capital account . . . . . . . . . . . . . . $ | −996,090. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . . . . . . $

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −177,715. | 14 | Self-employment earnings (loss) A  −227,047. |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items A  198,206. |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information N*  STMT |
| 10 | Net section 1231 gain (loss) | | Z*  STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

COAST TO COAST LEASING, LLC 85-4244670

**Box 20, Code N**
**Business Interest Expense**
**Included as a Deduction on the Following Line(s)**

Below is deductible business interest expense for inclusion
in the separate loss class for computing any basis limitation
(defined in section 704(d), Regulation section 1.163(j)-6(h)).

Schedule K-1, line 1.................................................................. $     169,387.

**Supplemental Information**

This partner will not receive Schedule K-3 from the partnership unless the
partner requests the schedule.

Pursuant to IRC Section 6221(b)(1), for the current tax year, the partnership has
elected out of the centralized partnership audit regime. Any IRS audit conducted,
and any subsequent assessment, will be made at the partner level, partner by
partner, and under the audit procedures applicable to each partner for the year
under examination.

Partner 3: PETAR PANTELEYMONOV    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

## Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)

| Partnership's name: COAST TO COAST LEASING, LLC | | | Partnership's EIN: 85-4244670 |
|---|---|---|---|
| Partner's name:      PETAR PANTELEYMONOV | | | Partner's identifying number ▮▮▮▮▮0565 |

| | COAST TO COAST LEASING, LLC | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **Partner's share of:** | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | −177,715. | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss). . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction. . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . | 3,850,054. | | |
| **Qualified REIT dividends** | | | |

| | | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **Partner's share of:** | | | |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss). . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction. . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . | | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**      PTPA1515   12/15/22      **Statement A (Form 1065) (2022)**

| SCHEDULE M-3<br>(Form 1065)<br>(Rev. December 2021)<br>Department of the Treasury<br>Internal Revenue Service | **Net Income (Loss) Reconciliation<br>for Certain Partnerships**<br>▶ Attach to Form 1065.<br>▶ Go to *www.irs.gov/Form1065* for instructions and the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership | Employer identification number |
|---|---|
| COAST TO COAST LEASING, LLC | 85-4244670 |

**This Schedule M-3 is being filed because (check all that apply):**

A ☐ The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B ☒ The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year   10,180,700. ·

C ☐ The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year _____.

D ☐ An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50% or more in the partnership's capital, profit, or loss, on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned<br>or Deemed Owned |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

E ☐ Voluntary filer.

| **Part I** | **Financial Information and Net Income (Loss) Reconciliation** |
|---|---|

**1 a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?

    ☐ **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.

    ☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

  **b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?

    ☐ **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.

    ☒ **No.** Go to line 1c.

  **c** Did the partnership prepare a non-tax-basis income statement for that period?

    ☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.

    ☐ **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:   Beginning   1/01/22   Ending 12/31/22

**3 a** Has the partnership's income statement been restated for the income statement period on line 2?

    ☐ **Yes.** (If 'Yes', attach a statement and the amount of each item restated.)

    ☒ **No.**

  **b** Has the partnership's income statement been restated for any of the 5 income statement periods immediately preceding the period on line 2?

    ☐ **Yes.** (If 'Yes', attach a statement and the amount of each item restated.)

    ☒ **No.**

| | | | |
|---|---|---|---|
| **4 a** Worldwide consolidated net income (loss) from income statement source identified on Part I, line 1 . . . . . . . . . | **4a** | −533,198. | |
|   **b** Indicate accounting standard used for line 4a. See instructions. | | | |
|    **1** ☐ GAAP   **2** ☐ IFRS   **3** ☐ Section 704(b) | | | |
|    **4** ☒ Tax-basis   **5** ☐ Other (specify) ▶ | | | |
| **5 a** Net income from nonincludible foreign entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** ( | | ) |
|   **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) . . . . . . . . . . . . . . . . . | **5b** | | |
| **6 a** Net income from nonincludible U.S. entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6a** ( | | ) |
|   **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) . . . . . . . . . . . . . . . . . | **6b** | | |
| **7 a** Net income (loss) of other foreign disregarded entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | | |
|   **b** Net income (loss) of other U.S. disregarded entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7b** | | |
| **8** Adjustment to eliminations of transactions between includible entities and<br>nonincludible entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | |
| **11** Net income (loss) per income statement of the partnership. Combine lines 4a through 10 . . . . . . . . . . . . . . . . . | **11** | −533,198. | |
|   **Note:** Part I, line 11 must equal Part II, line 26, column (a); or Form 1065, Schedule M−1, line 1. See instructions. | | | |

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
|   **a** Included on Part I, line 4 . . . . . . | 7,192,132. | 10,180,700. |
|   **b** Removed on Part I, line 5 . . . . . . | | |
|   **c** Removed on Part I, line 6 . . . . . . | | |
|   **d** Included on Part I, line 7 . . . . . . | | |

**BAA** For Paperwork Reduction Act Notice, see the instructions for your return.       PTPA1101L 11/28/21        **Schedule M-3 (Form 1065) (Rev. 12-2021)**

Form **4562**

Department of the Treasury
Internal Revenue Service

**Depreciation and Amortization**
**(Including Information on Listed Property)**
Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

Name(s) shown on return
COAST TO COAST LEASING, LLC

Identifying number
85-4244670

Business or activity to which this form relates
Form 1065

## Part I  Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | | **1** | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | | **3** | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III  MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | 148,347. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ☐ | |

### Section B — Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only — see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | 5,179,772. | 3 | HY | 200DB | 1,726,428. |
| **b** 5-year property | | 4,780,899. | 5 | HY | 200DB | 652,805. |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 30-year | | | 30 yrs | MM | S/L | |
| **d** 40-year | | | 40 yrs | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 2,527,580. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**    FDIZ0812L 06/28/22    Form **4562** (2022)

| 2022 | Federal Statements | Page 1 |
|---|---|---|
| | COAST TO COAST LEASING, LLC | 85-4244670 |

**Statement 1**
**Form 1065, Line 20**
**Other Deductions**

| | |
|---|---|
| Bank Charges............................................................. $ | 61. |
| Office Expense........................................................... | 995. |
| Total $ | 1,056. |

**Statement 2**
**Form 1065, Schedule K, Line 16**
**Exception to Filing Schedule K-2**

This partnership qualified for exception to filing Schedule K-2.

**Statement 3**
**Form 1065, Schedule K, Line 20c**
**Other Reportable Items**

**Business Interest Expense (Informational Only for Basis Limitations)**
Included as a Deduction on the Following Lines(s)

Schedule K, line 1.................................................... $    508,213.

**Statement 4**
**Form 1065, Schedule L, Line 6**
**Other Current Assets**

| | Beginning | Ending |
|---|---|---|
| Due from Five Star Garage.............................. $ | 0. $ | 659,174. |
| Due from Nationwide Cargo.............................. | 0. | 102,491. |
| New Equipment Purchase Deposit.......................... | 0. | 49,136. |
| Total $ | 0. $ | 810,801. |

**Statement 5**
**Form 4797, Page 1, Part II**
**Ordinary Gains and Losses**

| Description of Property | Date Acquired | Date Sold | Sales Price | Depreciation Allowed | Cost or Basis | Gain or Loss |
|---|---|---|---|---|---|---|
| REEFER 820501 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. $ | 24,092. |
| REEFER 820502 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. | 24,092. |
| REEFER 820503 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. | 24,092. |
| REEFER 820504 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. | 24,092. |
| REEFER 820505 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. | 24,092. |
| REEFER 820506 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. | 24,092. |
| REEFER 820507 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. | 24,092. |
| REEFER 820508 | 4/18/22 | 12/24/22 | 87,800. | | 63,708. | 24,092. |
| VAN 158889 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |

| 2022 | Federal Statements | Page 2 |

COAST TO COAST LEASING, LLC                                    85-4244670

**Statement 5 (continued)**
**Form 4797, Page 1, Part II**
**Ordinary Gains and Losses**

| Description of Property | Date Acquired | Date Sold | Sales Price | Depreciation Allowed | Cost or Basis | Gain or Loss |
|---|---|---|---|---|---|---|
| VAN 158890 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. $ | -2,033. |
| VAN 158891 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 158892 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 158897 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 158898 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 158899 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 158900 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 158901 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 158903 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896201 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896202 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896204 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896205 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896206 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896207 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896208 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896209 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896210 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896211 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896213 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| VAN 896214 | 4/18/22 | 10/07/22 | 43,750. | | 45,783. | -2,033. |
| | | | | | Total $ | 148,010. |

| 2022 | General Elections | Page 1 |
|---|---|---|

COAST TO COAST LEASING, LLC                                      85-4244670

**Election to Not Claim Additional Depreciation**

Pursuant to IRC Section 168(k)(7), the Taxpayer hereby elects to not claim the additional depreciation deduction for the following classes of property in the tax year ended 12/31/22.

All Eligible Classes Of Property

**Election to Depreciate MACRS Property under the Straight Line Method**

Pursuant to IRC Section 168(b)(3)(D), the Taxpayer hereby elects to depreciate the following property placed in service in the tax year ended 12/31/22 under the straight line method.

All Eligible Classess of Property

**Section 1.263(a)-1(f) De Minimis Safe Harbor Election**

The Taxpayer hereby makes the de minimis safe harbor election under Regulation 1.263(a)-1(f).

COAST TO COAST LEASING, LLC
566 ROCK ROAD DR., UNIT 3
EAST DUNDEE, IL 60118
85-4244670



**Illinois Department of Revenue**

# 2022 Form IL-1065

## Partnership Replacement Tax Return

See "When should I file?" in the Form IL-1065 instructions for a list of due dates.

| | |
|---|---|
| If this return is not for calendar year 2022, enter your fiscal tax year here.<br>Tax year beginning ___ ___ 20 ___ , ending ___ ___ 20 ___<br>         month day  year      month day  year<br>⚠ WARNING This form is for tax years ending on or after December 31, 2022, and before December 31, 2023.<br>For all other situations, see instructions to determine the correct form to use. | Enter the amount you are paying.<br><br>$ _____ |

## Step 1: Identify your partnership

**A** Enter your complete legal business name.
If you have a name change, check this box. ☐
Name: COAST TO COAST LEASING, LLC

**B** Enter your mailing address.
Check this box if either of the following apply: ☐
- this is your **first return**, or
- you have an **address change**.

C/O: _____
Mailing address: 566 ROCK ROAD DR., UNIT 3
City: EAST DUNDEE    State: IL    ZIP: 60118

**C** If this is the first or final return, check the applicable box(es).
☐ First return
☐ Final return (Enter the date of termination. ___ ___ ____ )
                         mm  dd  yyyy

**D** If this is a final return because you sold this business, enter the date sold
(mm dd yyyy) _____ , and the new owner's FEIN.

**E** **Apportionment Formulas.** Check the appropriate box or boxes and see Apportionment Formula instructions.
☐ Financial organizations   ☐ Transportation companies
☐ Federally regulated exchanges   ☐ Sales companies

**F** Check this box if you are:
☐ classified as an investment partnership
☐ classified as a publicly-traded partnership

**G** Check this box if you made an IRC § 761 election. ☐

**H** Check this box if you are a 52/53 week filer. ☐

**I** Check this box if you elected to file and pay Pass-through Entity (PTE) Tax. See instructions. ☐

**J** If you are paying Pass-through Entity (PTE) Tax and you annualized your income on Form IL-2220, check this box and **attach** Form IL-2220. ☐

**K** Enter your federal employer identification number (FEIN).
85-4244670

**L** ☐ Check this box if you are a member of a unitary business group **and** are included on a Schedule UB, Combined Apportionment for Unitary Business Group. Enter the FEIN of the member who prepared the Schedule UB and **attach** it to this return.

**M** Enter your North American Industry Classification System (NAICS) Code. See instructions.
532400

**N** Enter the city, state, and zip code where your accounting records are kept. (Use the two-letter postal abbreviation, *e.g.,* IL, GA, etc.)
EAST DUNDEE    IL   60118
City             State    ZIP

**O** If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 36 and 44. ☐

**P** If you have completed the following, check the box and **attach** the federal form(s) to this return.
☐ Federal Form 8886   ☐ Federal Sch. M-3, Part II, Line 10

**Q** Check this box if you attached Form IL-4562. ☒

**R** Check this box if you attached Illinois Schedule M (for businesses). ☐

**S** Check this box if you attached Schedule 80/20. ☐

**T** Check this box if you attached Schedule 1299-A. ☐

**U** Check this box if your business activity is protected under Public Law 86-272. ☐

**V** Check this box if you attached the Subgroup Schedule. ☐

## ▼ Step 2: Figure your ordinary income or loss

*(Whole dollars only)*

| | | |
|---|---|---|
| 1 | Ordinary income or loss, or equivalent from federal Schedule K. | 1   −533,198. |
| 2 | Net income or loss from all rental real estate activities. | 2 |
| 3 | Net income or loss from other rental activities. | 3 |
| 4 | Portfolio income or loss. | 4 |
| 5 | Net IRC Section 1231 gain or loss. | 5 |
| 6 | All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1065. See instructions. Identify: | 6 |
| 7 | Add Lines 1 through 6. This is your ordinary income or loss. | 7   −533,198. |

## Step 3: Figure your unmodified base income or loss

| | | |
|---|---|---|
| 8 | Charitable contributions. | 8 |
| 9 | Expense deduction under IRC Section 179. | 9 |
| 10 | Interest on investment indebtedness. | 10 |
| 11 | All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1065. See instructions. Identify: | 11 |
| 12 | Add Lines 8 through 11. | 12 |
| 13 | Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. | 13   −533,198. |

Attach your payment and Form IL-1065-V here.

This form is authorized as outlined in the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.



**Step 4: Figure your income or loss**

| | | | |
|---|---|---|---|
| 14 | Enter your unmodified base income or loss from Line 13. | 14 | −533,198. |
| 15 | State, municipal, and other interest income excluded from Line 14. | 15 | |
| 16 | Illinois taxes deducted in arriving at Line 14. See instructions. | 16 | |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 17 | |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/20. | 18 | |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 19 | |
| 20 | Guaranteed payments to partners from U.S. Form 1065. | 20 | |
| 21 | The amount of loss distributable to a partner subject to replacement tax. **Attach** Schedule B. | 21 | |
| 22 | Other additions. **Attach** Illinois Schedule M (for businesses). | 22 | |
| 23 | Add Lines 14 through 22. This amount is your income or loss. | 23 | −533,198. |

**Step 5: Figure your base income or loss**

| | | | |
|---|---|---|---|
| 24 | Interest income from U.S. Treasury or other exempt federal obligations. | 24 | |
| 25 | August 1,1969, valuation amount. **Attach** Schedule F. | 25 | |
| 26 | Personal service income or reasonable allowance for compensation of partners. | 26 | |
| 27 | Share of income distributable to a partner subject to replacement tax. **Attach** Schedule B. | 27 | |
| 28 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | 28 | |
| 29 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-A. | 29 | |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 30 | 851,975. |
| 31 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 31 | |
| 32 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 32 | |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | 33 | |
| 34 | Total subtractions. Add Lines 24 through 33. | 34 | 851,975. |
| 35 | **Base income or loss**. Subtract Line 34 from Line 23. | 35 | −1,385,173. |

| | |
|---|---|
| **A** If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.) Note → If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 6. | X |
| **B** If any portion of the amount on Line 35 is derived outside Illinois, or you are a unitary filer, check this box and complete all lines of Step 6. (Do not leave Lines 40 through 42 blank.) See instructions. | ☐ |

**Step 6: Figure your income allocable to Illinois** (Complete only if you checked the box on Line B, above.)

| | | | |
|---|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | 36 | |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 37 | |
| 38 | Add Lines 36 and 37. | 38 | |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | 39 | |
| 40 | Total sales everywhere. This amount cannot be negative. | 40 | |
| 41 | Total sales inside Illinois. This amount cannot be negative. | 41 | |
| 42 | Apportionment factor. Divide Line 41 by Line 40. Round to six decimal places. | 42 | |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | 43 | |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | 44 | |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 45 | |
| 46 | **Base income or loss allocable to Illinois**. Add Lines 43 through 45. | 46 | |

ILPA0402L  12/15/22

Printed by the authority of the State of Illinois - web only - one copy.

IL-1065 (R-12/22)
ID: 2BN



## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 47 | Base income or net loss from Step 5, Line 35, or Step 6, Line 46. | 47 | -1,385,173. |
| 48 | Illinois net loss deduction. If Line 47 is zero or a negative amount, enter zero. **Attach** Schedule NLD. Check this box and attach a detailed statement if you have merged losses. ♦ ▯ ♦ | 48 | 0. |
| 49 | Income after NLD. Subtract Line 48 from Line 47. | 49 | -1,385,173. |
| 50 | Enter the amount from Step 5, Line 35. | 50 | -1,385,173. |
| 51 | Divide Line 47 by Line 50. Round the result to six decimal places. This figure cannot be greater than one. | 51 | 1.000000 |
| 52 | Exemption allowance. See instructions before completing. | 52 | |
| 53 | **Net income.** Subtract Line 52 from Line 49. | 53 | -1,385,173. |

## Step 8: Figure the taxes, pass-through withholding, and penalty you owe

| | | | |
|---|---|---|---|
| 54 | Replacement tax. Multiply Line 53 by 1.5% (.015). | 54 | |
| 55 | Recapture of investment credits. **Attach** Schedule 4255. | 55 | |
| 56 | Replacement tax before investment credits. Add Lines 54 and 55. | 56 | |
| 57 | Investment credits. **Attach** Form IL-477. | 57 | |
| 58 | **Net replacement tax.** Subtract Line 57 from Line 56. If the amount is negative, enter zero. | 58 | |
| 59 | Pass-through withholding you owe on behalf of your members. Enter the amount from Schedule B, Section A, Line 5. See instructions. **Attach** Schedule B. | 59 | |
| 60 | Pass-through entity income. See instructions. ♦ 60 _____ ♦ | | |
| 61 | Pass-through withholding. Multiply Line 60 by 4.95% (.0495). | 61 | |
| 62 | **Total net replacement tax, pass-through withholding, and pass-through entity tax you owe.** Add Lines 58, 59, and 61. | 62 | |
| 63 | Underpayment of estimated tax penalty from Form IL-2220. See instructions. | 63 | |
| 64 | **Total taxes, pass-through withholding, and penalty.** Add Lines 62 and 63. | 64 | |

## Step 9: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 65 | Payments. See instructions. | | |
| a | Credits from previous overpayments. | 65a | |
| b | Total payments made before the date this return is filed. | 65b | |
| c | Pass-through withholding reported to you. **Attach** Schedule(s) K-1-P or K-1-T. | 65c | |
| d | Illinois income tax withholding. **Attach** Form(s) W-2G. | 65d | |
| 66 | Total payments. Add Lines 65a through 65d. | 66 | |
| 67 | Overpayment. If Line 66 is greater than Line 64, subtract Line 64 from Line 66. | 67 | |
| 68 | Amount to be credited forward. See instructions. Check this box and attach a detailed statement if this carryforward is going to a different FEIN. ♦ ▯ ♦ | 68 | ♦ |
| 69 | **Refund.** Subtract Line 68 from Line 67. This is the amount to be refunded. | 69 | |

| 70 | Complete to direct deposit your refund | |
|---|---|---|
| | Routing Number _____ | ▯ Checking or ▯ Savings |
| | Account Number _____ | |

| 71 | **Tax Due.** If Line 64 is greater than Line 66, subtract Line 66 from Line 64. This is the amount you owe. | 71 | |

**Special Note ►** Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign below - Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

**Sign Here**

| Signature of partner | Date (mm/dd/yyyy) | MANAGING MEMBER | 847-378-8917 | |
|---|---|---|---|---|
| | | Title | Phone | X Check if the Department may discuss this return with the paid preparer shown at right. |

**Paid Preparer Use Only**

| Chtilian Kostov, CPA | Chtilian Kostov, CPA | | ▯ Check if self-employed | P00682154 |
|---|---|---|---|---|
| Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | | Paid Preparer's PTIN |
| Firm's name ► KOSTOV & ASSOCIATES PC | | | Firm's FEIN ► | 47-2058201 |
| Firm's address ► 444 N. NORTHWEST HWY SUITE 200, PARK RIDGE IL 60068 | | | Firm's phone ► | 8477204630 |

If a payment is enclosed, mail your Form IL-1065 to:

**ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19053
SPRINGFIELD IL 62794-9053**

If a payment is not enclosed, mail your Form IL-1065 to:

**ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19031
SPRINGFIELD IL 62794-9031**

IL-1065 (R-12/22)  ID: 2BN

ILPA0403L  12/15/22



Illinois Department of Revenue

# 2022 Schedule B

**Partners' or Shareholders' Information**
Attach to your Form IL-1065 or Form IL-1120-ST.



Year ending

| 12 | 2022 |
|---|---|
| Month | Year |

IL Attachment No. 1

COAST TO COAST LEASING, LLC

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

85-4244670

Enter your federal employer identification number (FEIN).

## Read this information first

- You must read the Schedule B instructions and complete Schedule(s) K-1-P and Schedule(s) K-1-P(3) before completing this schedule.
- You must complete Section B of Schedule B and provide all the required information for your partners or shareholders before completing Section A of Schedule B.

*Note →* Failure to follow these instructions may delay the processing of your return or result in you receiving further correspondence from the Illinois Department of Revenue. You may also be required to submit further information to support your filing.

## Section A:  Total members' information (from Schedule(s) K-1-P and Schedule B, Section B)

🛑 Before completing this section you must first complete Schedule(s) K-1-P, Schedule(s) K-1-P (3) and Schedule B, Section B. You will use the amounts from those schedules when completing this section.

### Totals for resident and nonresident partners or shareholders (from Schedule(s) K-1-P and Schedule B, Section B)

1 Enter the total of all nonbusiness income or loss you reported on Schedule(s) K-1-P for your members. See instructions. **1** _____

2 Enter the total of all income and replacement tax credits you reported on Schedule(s) K-1-P for your members. See instructions. **2** _____

3 Add the amounts shown on Schedule B, Section B, Line E for all partners or shareholders on all pages for which you have checked the box indicating the entity is subject to Illinois replacement tax or an ESOP. Enter the total here. See instructions. **3** _____

### Totals for nonresident partners or shareholders only (from Schedule B, Section B)

4 Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Line J for your

a   nonresident individual members. See instructions. **4a** _____

b   nonresident estate members. See instructions. **4b** _____

c   partnership and S corporation members. See instructions. **4c** _____

d   nonresident trust members. See instructions. **4d** _____

e   C corporation members. See instructions. **4e** _____

5 Add Line 4a through Line 4e. This is the total pass-through withholding you owe on behalf of all your nonresident partners or shareholders. This amount should match the total amount from Schedule B, Section B, Line J for all nonresident partners or shareholders on all pages. Enter the total here and on Form IL-1065 (Form IL-1065-X), Line 59, or Form IL-1120-ST (Form IL-1120-ST-X), Line 59. See instructions. **5** _____

6 Enter the total pass-through entity tax credit paid on all pages of Schedule B, Section B, Line K. **6** _____

7 Enter the total pass-through entity tax credit received and distributed on all pages of Schedule B, Section B, Line L. **7** _____

▸ **Attach all pages of Schedule B, Section B behind this page.**

ILSA2901L  12/15/22

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

Schedule B Front (R-12/22)
ID: 2BN

 Illinois Department of Revenue
**2022 Schedule B**



COAST TO COAST LEASING, LLC
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

85-4244670
Enter your federal employer identification number (FEIN).

## Section B:   Members' information (See instructions before completing.)

|   | | Member 1 | Member 2 | Member 3 | Member 4 |
|---|---|---|---|---|---|
| **A** | Name | HRISTO ANGELOV | PETAR TRENDAFILOV | PETAR PANTELEYMONO | |
|   | C/O | | | | |
|   | Address 1 | 112 RAVINE LN | 622 S. MCKINLEY AV | 2319 VENTURE DR | |
|   | Address 2 | | | | |
|   | City | NORTH BARRINGTON | ARLINGTON HEIGHTS | SCHAUMBURG | |
|   | State, ZIP | IL    60010 | IL    60005 | IL    60173 | |
| **B** | Partner or Shareholder | I | I | I | |
| **C** | SSN/FEIN | )360 | 4161 | '0565 | |
| **D** | Subject to Illinois replacement tax or an ESOP | ☐ | ☐ | ☐ | ☐ |
| **E** | Member's distributable amount of base income or loss | -461,817. | -461,678. | -461,678. | |
| **F** | Excluded from pass-through withholding | R | R | R | |
| **G** | Share of Illinois income subject to pass-through withholding | 0. | 0. | 0. | |
| **H** | Pass-through withholding before credits | 0. | 0. | 0. | |
| **I** | Distributable share of credits | 0. | 0. | 0. | |
| **J** | Pass-through withholding amount | 0. | 0. | 0. | |
| **K** | PTE tax credit paid to members | 0. | 0. | 0. | |
| **L** | PTE tax credit received and distributed to members | 0. | 0. | 0. | |

*Note →*  If you have more members than space provided, attach additional copies of this page as necessary.   ILSA2901L  12/15/22



Illinois Department of Revenue
# 2022 IL-4562
**Special Depreciation**
For tax years ending **on or after** December 31, 2022.
Attach to your Form IL-1120, IL-1120-ST, IL-1065, IL-1041, or IL-1040.



Year ending

<u>12</u>   <u>2022</u>
Month   Year

IL Attachment No. 11

## Step 1: Provide the following information

COAST TO COAST LEASING, LLC
Enter your name as shown on your return.

85-4244670
Enter your Social Security number (SSN) or
federal employer identification number (FEIN).

**Special Note ➡ You must read the instructions before completing Form IL-4562. Do not use negative figures.**

## Step 2: Figure your Illinois special depreciation addition

| | | | |
|---|---|---|---|
| 1 | Enter the total amount claimed as a special depreciation allowance on your current federal Form 4562, Depreciation and Amortization, Lines 14 and 25, for property acquired after September 10, 2001. | **1** | _____ |
| 2 | **Individuals only:** Enter the total amount claimed as a special depreciation allowance from federal Form 2106, Employee Business Expenses. | **2** | _____ |
| 3 | **Last year of regular depreciation:** Enter the total amount of all Illinois depreciation subtractions claimed on this year and any prior year Forms IL-4562, Step 3, for each property. See instructions. | **3** | _____ |
| 4 | Add Lines 1 through 3. This is your Illinois special depreciation addition. Enter the total here and **see instructions for the list of Illinois form and line references to report this addition.** | **4** | _____ |

## Step 3: Figure your Illinois special depreciation subtraction

| | | | |
|---|---|---|---|
| 5 a | Enter the portion of depreciation allowance claimed on federal Form 4562, for property for which you claimed bonus depreciation **equal to 30** percent of your basis in the property. See instructions. | **5a** | _____ |
| b | **Individuals only:** Enter the portion of depreciation allowance claimed for bonus depreciation **equal to 30 percent** of your basis in the property. See instructions. | **5b** | _____ |
| c | Add Lines 5a and 5b. | **5c** | _____ |
| 6 | Multiply Line 5c by 42.9 percent (0.429). | **6** | _____ |
| 7 a | Enter the portion of depreciation allowance claimed on federal Form 4562, for property for which you claimed bonus depreciation **equal to 50 percent** of your basis in the property. See instructions. | **7a** | _____ |
| b | **Individuals only:** Enter the portion of depreciation allowance claimed for bonus depreciation **equal to 50 percent** of your basis in the property. See instructions. | **7b** | _____ |
| c | Add Lines 7a and 7b. | **7c** | _____ |
| 8 a | Enter the portion of depreciation allowance claimed on federal Form 4562, for property for which you claimed bonus depreciation **equal to 80 percent** of your basis in the property. See instructions. | **8a** | _____ |
| b | **Individuals only:** Enter the portion of depreciation allowance claimed for bonus depreciation **equal to 80 percent** of your basis in the property. See instructions. | **8b** | _____ |
| c | Add Lines 8a and 8b. | **8c** | _____ |
| 9 | Multiply Line 8c by four (4). | **9** | _____ |
| 10 | Enter the amount of federal depreciation you would have claimed if you elected not to claim bonus depreciation on your federal return. | **10** | 851,975. |
| 11 | Add Lines 6, 7c, 9, and 10. | **11** | 851,975. |
| 12 | **Last year of regular depreciation:** Enter the Illinois special depreciation addition reported on any prior year Form IL-4562, Step 2, Line 1 plus Line 2, for each property. See instructions. | **12** | _____ |
| 13 | Add Lines 11 and 12. This is your Illinois depreciation subtraction for this year. Enter the total here and **see instructions for the list of Illinois form and line references to report this subtraction.** | **13** | 851,975. |

➡ **Attach this form to your Illinois return.** ⬅

ILIZ3201L  12/14/22

 This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

IL-4562 (R-12/22) ID: 2BN

Printed by the authority of the State of Illinois - web only - one copy.


| 2022 | ILLINOIS | Page 1 |
|---|---|---|
| Client 21-4670P | Electronic Filing Jurat/Debit Authorization | 85-4244670 |

    <u>X</u>    By checking the box, I agree that I have examined the return, and to the best of my knowledge it is true, correct, and complete.

    <u>X</u>    The specified authorized officer is authorizing IDOR and related financial institutions to transact any debit payment information included in the transmission. In addition, the authorized officer also consents to allowing department personnel to discuss any problems transacting the debit with the ERO, transmitter, or financial institution.

# COAST TO COAST LEASING, LLC

## Profit and Loss

January - December 2023

|  | TOTAL |
|---|---|
| Income |  |
| Rental Income | 4,411,100.00 |
| **Total Income** | **$4,411,100.00** |
| GROSS PROFIT | **$4,411,100.00** |
| Expenses |  |
| Depreciation | 2,330,157.28 |
| General business expenses |  |
| Bank fees & service charges | 444.00 |
| **Total General business expenses** | **444.00** |
| Interest paid | 1,046,848.28 |
| Office expenses | 1,349.00 |
| Rent |  |
| Equipment rental | 29,072.90 |
| **Total Rent** | **29,072.90** |
| **Total Expenses** | **$3,407,871.46** |
| NET OPERATING INCOME | **$1,003,228.54** |
| Other Income |  |
| Gain (Loss) on Sale of Assets | 1,778,955.63 |
| **Total Other Income** | **$1,778,955.63** |
| NET OTHER INCOME | **$1,778,955.63** |
| NET INCOME | **$2,782,184.17** |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $9,989,000.00 |
| b. Total debts (including debts listed in 2.c., below) | $19,167,713.12 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

d. Number of shares of preferred stock _____

e. Number of shares common stock _____

Comments, if any: _____

_____
_____

3. Brief description of debtor's business _____ Transportation _____

_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____
_____
_____